THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>                Plaintiff,<br><br>        v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>                Defendants. | No. CV 14-1987-RSM<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS<br><br>NOTE FOR MOTION CALENDAR:<br>March 12, 2015 |

Plaintiff Robert Kenny ("Plaintiff") and defendants Pacific Investment Management Company LLC and PIMCO Investments LLC ("Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

On March 4, 2015, the Court granted Defendants' motion to file an over-length motion to dismiss not to exceed 36 pages "in light of the length and complexity of Plaintiff's Complaint in this action." (Dkt. # 26.) The Court further ordered that Plaintiff's opposition brief shall not exceed 36 pages, and Defendants' reply brief shall not exceed 18 pages. *Id.*

On March 6, 2015, Defendants moved to dismiss Plaintiff's complaint for failure to state a claim. (Dkt. ## 28-30). Pursuant to LCR 7(d)(3), Defendants noted the motion to dismiss for April 3, 2015. (*See* Dkt. # 28.)

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

116471-0001/LEGAL125283862.1

On March 10 and 11, 2015, counsel for the parties conferred regarding a proposed briefing schedule on Defendants' motion to dismiss that would allow additional time for Plaintiff's opposition brief and Defendants' reply brief, in light of the complexity of the claims and additional length of the briefs permitted by the Court. The parties agreed, subject to the Court's approval, that Plaintiff's opposition brief would be due 45 days after Defendants filed the motion to dismiss, or on April 20, 2015; and that Defendants' reply brief would be due 30 days after Plaintiff's opposition brief, or on May 20, 2015.

WHEREAS, for good cause shown,

IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, subject to the Court's approval, as follows:

1. Plaintiff shall file his opposition brief to Defendants' motion to dismiss by April 20, 2015 (45 days after Defendants filed their motion to dismiss); and

2. Defendants shall file their reply brief in support of their motion to dismiss by May 20, 2015 (30 days after Plaintiff files his opposition brief).

DATED this 12th day of March, 2015.

| | |
|---|---|
| By: s/ Michael D. Woerner[1] <br> By: s/ Tana Lin <br> By: s/ Laura R. Gerber <br> By: s/ Ian Mensher <br> Michael D. Woerner, WSBA No. 15452 <br> Tana Lin, WSBA No. 35271 <br> Laura R. Gerber, WSBA No. 34981 <br> Ian Mensher, WSBA #39593 <br> **Keller Rohrback L.L.P.** <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Telephone: 206-623-1900 <br> Facsimile: 206-623-3384 | By: s/ Ronald L. Berenstain <br> s/ David F. Taylor <br> s/ Sean C. Knowles <br> Ronald L. Berenstain, WSBA No. 7573 <br> David F. Taylor, WSBA No. 25689 <br> Sean C. Knowles, WSBA No. 39893 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Telephone: 206-359-8000 <br> Facsimile: 206-359-9000 <br> Email: rberenstain@perkinscoie.com <br>     dftaylor@perkinscoie.com <br>     sknowles@perkinscoie.com |

---

[1] E-signatures pursuant to email authorization to Sean Knowles dated March 12, 2015.

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 2
116471-0001/LEGAL125283862.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Email: mwoerner@kellrohrback.com
tlin@kellerrohrback.com
lgerber@kellerrohrback.com
imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone: 843-727-6520
Facsimile: 843-727-3103
Email: mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone: 843-727-6500
Facsimile: 843-216-6509
Email: nfields@rpwb.com
jbradley@rpwb.com
mnickles@rpwb.com

Attorneys for Plaintiff

Of Counsel

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Email: John.Donovan@ropesgray.com
Robert.Skinner@ropesgray.com
Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Email: John.Ertman@ropesgray.com

Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC

# [PROPOSED] ORDER

Pursuant to stipulation by the parties, and for good cause shown, **IT IS SO ORDERED**

this ____ day of March, 2015.

_____
Hon. Ricardo S. Martinez
United States District Judge

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 3
116471-0001/LEGAL125283862.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: s/ Ronald L. Berenstain
By: s/ David F. Taylor
By: s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
Email: rberenstain@perkinscoie.com
dftaylor@perkinscoie.com
sknowles@perkinscoie.com

Of Counsel

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Email: John.Donovan@ropesgray.com
Robert.Skinner@ropesgray.com
Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Email: John.Ertman@ropesgray.com

Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 4
116471-0001/LEGAL125283862.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:   206-623-3384
Email: mwoerner@kellerrohrback.com
       tlin@kellerrohrback.com
       lgerber@kellerrohrback.com
       imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:   843-727-3103
Email:  mbrickman@rpwb.com


Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone:  843-727-6500
Facsimile:   843-216-6509
Email:  nfields@rpwb.com
        jbradley@rpwb.com
        mnickles@rpwb.com


Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE (No. CV 14-1987-RSM) – 5
116471-0001/LEGAL125283862.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED: March 12, 2015.

By: s/Ronald L. Berenstain
Ronald L. Berenstain, WSBA No. 7573
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
Email: rberenstain@perkinscoie.com

Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 6
116471-0001/LEGAL125283862.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000