THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>              Plaintiff,<br><br>    v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>              Defendants. | No. CV 14-1987-RSM<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS PACIFIC INVESTMENT MANAGEMENT COMPANY LLC AND PIMCO INVESTMENTS LLC TO RESPOND TO COMPLAINT |

Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants") and Plaintiff Robert Kenny, through their undersigned counsel of record, hereby stipulate and agree as follows:

Plaintiff filed the Complaint, which consists of 58 pages and 172 paragraphs, on December 31, 2014.

Defendants timely filed a motion to dismiss Plaintiff's Complaint on March 6, 2015, Plaintiff filed an opposition on April 20, 2015, and Defendants filed their reply brief on May 20, 2015.

On August 26, 2015, the Court issued an order denying Defendants' motion to dismiss.

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT  (No. CV 14-1987-RSM) – 1
116471-0001/LEGAL127550023.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

On August 28, 2015, counsel for Plaintiff and counsel for Defendants conferred regarding Defendants' request for a brief extension of time for Defendants to respond to Plaintiff's Complaint, and the parties agreed, subject to the Court's approval, that Defendants' response to the Complaint would be extended by 14 days, or until September 23, 2015.

WHEREAS, for good cause shown,

IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, subject to the Court's approval, as follows:

Defendants' response to the Complaint shall be due on September 23, 2015.

Dated:  this 31 day of August, 2015.

By:  s/ Michael D. Woerner
By:  s/ Tana Lin
By:  s/ Laura R. Gerber
By:  s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:   206-623-3384
Email: mwoerner@kellerrohrback.com
       tlin@kellerrohrback.com
       lgerber@kellerrohrback.com
       imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:   843-727-3103
Email:  mbrickman@rpwb.com

By:  s/ Ronald L. Berenstain
     s/ David F. Taylor
     s/ Sean C. Knowles
     Ronald L. Berenstain, WSBA No. 7573
     David F. Taylor, WSBA No. 25689
     Sean C. Knowles, WSBA No. 39893
     **Perkins Coie LLP**
     1201 Third Avenue, Suite 4900
     Seattle, WA  98101-3099
     Telephone:  206-359-8000
     Facsimile:   206-359-9000
     Email: rberenstain@perkinscoie.com
            dftaylor@perkinscoie.com
            sknowles@perkinscoie.com


Of Counsel

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:   617-951-7050
Email: John.Donovan@ropesgray.com
       Robert.Skinner@ropesgray.com
       Amy.Roy@ropesgray.com

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT  (No. CV 14-1987-RSM) – 2

116471-0001/LEGAL127550023.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone:  843-727-6500
Facsimile:   843-216-6509
Email:  nfields@rpwb.com
            jbradley@rpwb.com
            mnickles@rpwb.com

Attorneys for Plaintiff

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile:   212-596-9090
Email:  John.Ertman@ropesgray.com

Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC

**ORDER**

Pursuant to stipulation by the parties, and for good cause shown, **IT IS SO ORDERED** this 1 day of September, 2015.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By:  s/ Ronald L. Berenstain
By:  s/ David F. Taylor
By:  s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:   206-359-9000
Email:       rberenstain@perkinscoie.com
                dftaylor@perkinscoie.com
                sknowles@perkinscoie.com

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT  (No. CV 14-1987-RSM) – 3

116471-0001/LEGAL127550023.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:   617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:   206.359.9000

Of Counsel

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:  617-951-7050
Email:  John.Donovan@ropesgray.com
            Robert.Skinner@ropesgray.com
            Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:   212-596-9090
Email:  John.Ertman@ropesgray.com

Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC


By:  s/ Michael D. Woerner
By:  s/ Tana Lin
By:  s/ Laura R. Gerber
By:  s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:   206-623-3384
Email: mwoerner@kellerrohrback.com
            tlin@kellerrohrback.com
            lgerber@kellerrohrback.com
            imensher@kellerrohrback.com

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT  (No. CV 14-1987-RSM) – 4

116471-0001/LEGAL127550023.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:   843-727-3103
Email:   mbrickman@rpwb.com


Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone:  843-727-6500
Facsimile:    843-216-6509
Email:   nfields@rpwb.com
            jbradley@rpwb.com
            mnickles@rpwb.com


Attorneys for Plaintiff

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT  (No. CV 14-1987-RSM) – 5

116471-0001/LEGAL127550023.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000