1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   ROBERT KENNY,

8          Plaintiff(s),

      v.

9   PACIFIC INVESTMENT MANAGEMENT
    COMPANY LLC, et al.,

10

11

12          Defendant(s).

Case No. 2:14−cv−01987−RSM

ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND
EARLY SETTLEMENT

13

14              **I. INITIAL SCHEDULING DATES**

15      The Court sets the following dates for initial disclosure and submission of the

16   Joint Status Report and Discovery Plan:

17      Deadline for FRCP 26(f) Conference:          10/22/2015

18      Initial Disclosures Pursuant to FRCP 26(a)(1):   10/29/2015

19      Combined Joint Status Report and Discovery
        Plan as Required by FRCP 26(f)
20      and Local Civil Rule 26(f):                 11/5/2015

21      The deadlines above may be extended only by the Court. Any request for an

        extension should be made by telephone to Lowell Williams or Laurie Cuaresma,

22   Courtroom Deputy, at (206) 370−8521. If Defendants have appeared, the parties are

23   ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
     AND EARLY SETTLEMENT – 1

directed to meet and to confer before contacting the Court to request an extension.

If this case involves claims which are exempt from the requirements of FRCP 26(a) and 26(f), please notify Lowell Williams or Laurie Cuaresma, Courtroom Deputy, by telephone at (206) 370–8521.

## II. JOINT STATUS REPORT & DISCOVERY PLAN

All counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Status Report and Discovery Plan (the "Report") by November 5, 2015. This conference shall be by direct and personal communication, whether that be a face–to–face meeting or a telephonic conference. The Report will be used in setting a schedule for the prompt completion of the case. It must contain the following information by corresponding paragraph numbers:

1.   A statement of the nature and complexity of the case.

2.   A proposed deadline for the joining of additional parties.

3.   The parties have the right to consent to assignment of this case to a full time United States Magistrate Judge, pursuant to 28 U.S.C. §636(c) and Local Rule MJR 13, to conduct all proceedings. The Western District of Washington assigns a wide range of cases to Magistrate Judges. The Magistrate Judges of this district thus have significant experience in all types of civil matters filed in our court. Additional information about our district's Magistrate Judges can be found at www.wawd.uscourts.gov. The parties should indicate whether they agree that the Honorable  Brian A. Tsuchida may conduct all proceedings, including trial and the entry of judgment. When responding to this question, the parties should only respond "yes" or "no." Individual party responses should not be provided. A "yes" response should be indicated only

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 2

if all parties consent. Otherwise, a "no" response should be provided.

4.    A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

(A) initial disclosures;

(B) subjects, timing, and potential phasing of discovery;

(C) electronically stored information;

(D) privilege issues;

(E) proposed limitations on discovery; and

(F) the need for any discovery related orders.

5.    The parties' views, proposals, and agreements, by corresponding paragraph letters (A, B, etc.), on all items set forth in Local Civil Rule 26(f)(1), which includes the following topics:

(A) prompt case resolution;

(B) alternative dispute resolution;

(C) related cases;

(D) discovery management;

(E) anticipated discovery sought;

(F) phasing motions;

(G) preservation of discoverable information;

(H) privilege issues;

(I) Model Protocol for Discovery of ESI; and;

(J) alternatives to Model Protocol.

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 3

6.    The date by which discovery can be completed.

7.    Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

8.    Whether the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should be dispensed with in whole or in part for the sake of economy.

9.    Whether the parties intend to utilize the Individualized Trial Program set forth in Local Civil Rule 39.2 or any ADR options set forth in Local Civil Rule 39.1.

10.    Any other suggestions for shortening or simplifying the case.

11.    The date the case will be ready for trial. The Court expects that most civil cases will be ready for trial within a year after filing the Joint Status Report and Discovery Plan.

12.    Whether the trial will be jury or non–jury.

13.    The number of trial days required.

14.    The names, addresses, and telephone numbers of all trial counsel.

15.    The dates on which the trial counsel may have complications to be considered in setting a trial date.

16.    If, on the due date of the Report, all defendant(s) or respondents(s) have not been served, counsel for the plaintiff shall advise the Court when service will be effected, why it was not made earlier, and shall provide a proposed schedule for the required FRCP 26(f) conference and FRCP 26(a) initial disclosures.

17.    Whether any party wishes a scheduling conference before the Court enters

a scheduling order in the case.

18.   List the date(s) that each and every non–governmental corporate party filed its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

19.   Whether the parties consent to having hearings in this matter video recorded as part of the Judiciary's Pilot Project on Cameras in the Courtroom, as set forth in Section V below.

If the parties are unable to agree to any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed. If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Lowell Williams or Laurie Cuaresma by telephone at (206) 370–8521.

## III. PLAINTIFF'S RESPONSIBILITY

This Order is issued at the outset of the case, and a copy is sent by the clerk to counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared. Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all parties who appear after this Order is filed. Such service shall be accomplished within ten (10) days after each appearance. Plaintiff's counsel (or plaintiff, if pro se) will be responsible for starting the communications needed to comply with this Order.

## IV. JUDGE–SPECIFIC PROCEDURAL INFORMATION

All counsel and unrepresented parties should review Judge Martinez's web page for procedural information applicable to cases before Judge Martinez. The judges' web pages, in addition to the Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 5

1

2
## V. PILOT PROJECT: CAMERAS IN THE COURTROOM

3
The Western District of Washington is participating in the Judiciary's Pilot

4
Project on Cameras in the Courtroom. This project is a three−year study to evaluate

5
the effects of cameras in the courtrooms. Additional information about the

6
Pilot Program can be found at the U.S. Court's Cameras in the Courts Website,

7
www.uscourts.gov/Multimedia/Cameras/OverviewofPilot.aspx. This case is eligible to

8
have proceedings video recorded and made available to the public via the U.S. Court's

9
and the Western District of Washington's web sites. Even if the parties consent in their

10
joint status report, the Court will not automatically record all proceedings in a case.

11
If the parties indicate that they consent in their joint status report, notice will be

12
sent prior to each scheduled proceeding seeking consent of all parties to have the

13
scheduled proceeding recorded. If all parties consent, and the judge approves, the

14
hearing will be recorded and made available to the public as part of the pilot project.

15
More information about this pilot project can be found on the Court's web site

at  www.uscourts.gov/multimedia/cameras.aspx.

16
## VI. EARLY SETTLEMENT CONSIDERATION AND NOTIFICATION

17
If settlement is achieved, counsel shall immediately notify Lowell Williams or

18
Laurie Cuaresma, Courtroom Deputy, at (206) 370−8521.

19
The parties are responsible for complying with the terms of this Order. The Court

20
may impose sanctions on any party who fails to comply fully with this Order.

21
DATED:  The 24th of September 2015.

        _s/ *Ricardo S. Martinez*___
22
        Ricardo S. Martinez
        United States District Judge

23
ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 6