The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROBERT KENNY,

　　　　　　　　　　　　Plaintiff,

　　v.

PACIFIC INVESTMENT MANAGEMENT
COMPANY LLC, a Delaware limited liability
company; PIMCO INVESTMENTS LLC,

　　　　　　　　　　　　Defendants.

No. 2:14-cv-01987-RSM

AGREEMENT REGARDING
DISCOVERY OF ELECTRONICALLY-
STORED INFORMATION AND
[PROPOSED] ORDER

The parties hereby stipulate to the following provisions regarding the discovery of

electronically-stored information ("ESI") in this matter:

**A.　　General Principles**

　　1.　　An attorney's zealous representation of a client is not compromised by conducting

discovery in a cooperative manner. The failure of counsel or the parties to litigation to cooperate

in facilitating and reasonably limiting discovery requests and responses raises litigation costs and

contributes to the risk of sanctions.

　　2.　　The proportionality standard set forth in Fed. R. Civ. P. 26(b)(2)(C) must be

applied in each case when formulating a discovery plan. To further the application of the

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
(2:14-cv-01987-RSM) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

proportionality standard in discovery, requests for production of ESI and related responses should be reasonably targeted, clear, and as specific as possible.

**B.      ESI Disclosures**

Within 15 days after the filing of this Agreement, or at a later time if agreed to by the parties, each party shall disclose:

1.      Custodians. A list of the most likely custodians of relevant documents and/or ESI. The custodians shall be identified by name, title, connection to the instant litigation, and the type of the information under his/her control.

2.      Non-custodial Data Sources. A list of non-custodial data sources (e.g. shared drives, servers, databases, document management systems, e-rooms, etc.), if any, likely to contain discoverable ESI.

3.      Third-Party Data Sources. A list of third-party data sources, if any, likely to contain discoverable ESI (e.g. third-party email and/or mobile device providers, "cloud" storage, etc.) and, for each such source, the extent to which a party is (or is not) able to preserve information stored in the third-party data source.

4.      Inaccessible Data. A list of data sources, if any, likely to contain discoverable ESI (by type, date, custodian, electronic system or other criteria sufficient to specifically identify the data source) that a party asserts is not reasonably accessible under Fed. R. Civ. P. 26(b)(2)(C)(i).

**C.      Preservation of ESI**

The parties acknowledge that they have a common law obligation to take reasonable and proportional steps to preserve discoverable information in the party's possession, custody or control. With respect to preservation of ESI, the parties agree as follows:

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
    (2:14-cv-01987-RSM) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

1.      Absent a showing of good cause by the requesting party, the parties shall not be required to modify the procedures used by them in the ordinary course of business to back-up and archive data; provided, however, that the parties shall preserve all discoverable ESI in their possession, custody or control.

2.      All parties shall supplement their disclosures in accordance with Rule 26(e) with discoverable ESI responsive to a particular discovery request or mandatory disclosure where that data is created after a disclosure or response is made (unless excluded under (C)(3) or (D)(1)-(2) below).

3.      Absent a showing of good cause by the requesting party, the following categories of ESI need not be preserved:

A.      Deleted, slack, fragmented, or other data only accessible by forensics.

B.      Random access memory (RAM), temporary files, or other ephemeral data that are difficult to preserve without disabling the operating system.

C.      On-line access data such as temporary internet files, history, cache, cookies, and the like.

D.      Data in metadata fields that are frequently updated automatically, such as last-opened dates (see also Addendum, *infra*).

E.      Back-up data that are substantially duplicative of data that are more accessible elsewhere.

F.      Server, system or network logs.

G.      Data remaining from systems no longer in use that is unintelligible on the systems in use (the parties agree to meet and confer on any systems with unintelligible relevant data to be deleted or excluded from search and production).

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
 (2:14-cv-01987-RSM) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

H.      Electronic data (e.g. email, calendars, contact data, and notes) sent to or from mobile devices (e.g., iPhone, iPad, Android, and Blackberry devices), provided that a copy of all such electronic data is routinely saved elsewhere (such as on a server, laptop, desktop computer, or "cloud" storage).

**D.    Privilege**

1.      With respect to privileged or work-product information generated after the filing of the complaint, parties are not required to include any such information in privilege logs.

2.      Activities undertaken in compliance with the duty to preserve information are protected from disclosure and discovery under Fed. R. Civ. P. 26(b)(3)(A) and (B).

3.      Information produced in discovery that is protected as privileged or work product shall be immediately returned to the producing party, and its production shall not constitute a waiver of such protection, if: (i) such information appears on its face to have been inadvertently produced or (ii) the producing party provides notice within 15 days of discovery by the producing party of the inadvertent production.

**E.    ESI Discovery Procedures**

1.      <u>On-site inspection of electronic media</u>. Such an inspection shall not be permitted absent a demonstration by the requesting party of specific need and good cause or by agreement of the parties.

2.      <u>Search methodology</u>. The parties shall timely attempt to reach agreement on appropriate search terms, or an appropriate computer- or technology-aided methodology, before any such effort is undertaken. The parties shall continue to cooperate in revising the appropriateness of the search terms or computer- or technology-aided methodology.

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
  (2:14-cv-01987-RSM) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

In the absence of agreement on appropriate search terms, or an appropriate computer- or technology-aided methodology, the following procedures shall apply:

A.      A producing party shall disclose the search terms or queries, if any, and methodology that it proposes to use to locate ESI likely to contain discoverable information. The parties shall meet and confer to attempt to reach an agreement on the producing party's search terms and/or other methodology.

B.      If search terms or queries are used to locate ESI likely to contain discoverable information, a requesting party is entitled to no more than 5 additional terms or queries to be used in connection with further electronic searches absent a showing of good cause or agreement of the parties. The 5 additional terms or queries, if any, must be provided by the requesting party within 14 days of receipt of the producing party's production.

C.      Focused terms and queries should be employed; broad terms or queries, such as product and company names, generally should be avoided.  Absent a showing of good cause, each search term or query returning more than 250 megabytes of data are presumed to be overbroad, excluding Microsoft PowerPoint files, image and audio files, and similarly large file types.

D.      The producing party shall search both non-custodial data sources and ESI maintained by the custodians identified above.

3.      <u>De-duplication</u>. The parties may de-duplicate their ESI production across custodial and non-custodial data sources after disclosure to the requesting party. For email de-duplication, the parties will use the MD5 hash comparison and will generate the hash value from

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
   (2:14-cv-01987-RSM) - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

the following email meta fields: (1) Subject; (2) From/Author; (3) Attachment Count; (4) Email Sent Date and Time; (5) Body; (6) Recipients/To; (7) CC; and (8) BCC.

4.      Nothing in this Order will preclude the parties from proposing additional custodians and/or search terms or queries based on newly obtained discovery or information. The parties will continue to meet and confer regarding any search process issues as necessary and appropriate. This ESI protocol does not address or resolve any other objection to the scope of the parties' respective discovery requests.

5.      The parties agree that documents responsive to requests for production are not limited to those identified by the ESI discovery procedures in this Agreement.  The parties further agree that the production of ESI is not the exclusive means of responding to requests for production served in this action.

**F.      Format of Production**

With regard to the format of any production of ESI and related production matters, the parties agree to all of the provisions set forth in the Addendum to this Agreement.

DATED:  November 19, 2015

<u>Attorneys for Plaintiff:</u>

/s/ Michael D. Woerner

Michael D. Woerner, WSBA #15452
Tana Lin, WSBA #35271
Laura R. Gerber, WSBA #34981
Ian Mensher, WSBA #39593
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900

Email:  mwoerner@kellerrohrback.com
         tlin@kellerrohrback.com
         lgerber@kellerrohrback.com

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

imensher@kellerrohrback.com

Michael Brickman (Admitted *Pro Hac Vice*)
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
174 East Bay Street
P.O. Box 879
Charleston, SC 29401
Telephone: (843) 727-6520
Email: mbrickman@rpwb.com

James C. Bradley (Admitted *Pro Hac Vice*)
Nina Fields Britt (Admitted *Pro Hac Vice*)
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
1017 Chuck Dawley Blvd.
Post Office Box 1007
Mount Pleasant, SC 29465
Telephone: (843) 727-6500
Email: jbradley@rpwb.com
         nfields@rpwb.com

Attorneys for Defendants:

/s/ Robert A. Skinner

Robert A. Skinner (*Admitted Pro Hac Vice*)
John D. Donovan, Jr. (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Email: Robert.Skinner@ropesgray.com
         John.Donovan@ropesgray.com
         Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
  (2:14-cv-01987-RSM) - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

Email: John.Ertman@ropesgray.com

Ronald L. Berenstain
David F. Taylor
Sean C. Knowles
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Email: rberenstain@perkinscoie.com
        dftaylor@perkinscoie.com
        sknowles@perkinscoie.com;

## ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED: _____

_____
The Honorable Ricardo S. Martinez
United States District Court Judge

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
 (2:14-cv-01987-RSM) - 8

53981822_5

## II.    ELECTRONICALLY STORED INFORMATION PRODUCTION FORMAT

The parties agree that all ESI is to be produced in an "imaged" file with the corresponding "image load/unitization files," "OCR or Extracted text files," and the "associated delimited metadata database." Additionally, the parties specify that select files should be produced in their native file format where an image file does not adequately represent the files as maintained in the ordinary course (often this relates to spreadsheet files).  The key concepts are explained below.

1.    **Native:** Microsoft Access files, Excel files, .CSV files, other similar databases and spreadsheet files, and media files shall be produced in the format which the electronically stored information was originally created.  Native Files will be produced together with a placeholder TIFF image.  Each TIFF placeholder will contain language indicating that the document is being produced in native format.  A relative file path to the native file shall be provided in the metadata database as described in item *5*.  To the extent the requesting party obtains through discovery a file or document that it believes is not adequately represented in an image file format, it may request that file or document be produced in native format, the production of which may not unreasonably be withheld.

2.    **Imaged File:** a TIFF image converted from the native file as it was originally created;

a.    All images shall be 1 Bit group4 black and white TIFF files (except when color images are required to read or understand the file/document's content; all color images shall be produced as a JPEG file);

b.    Hidden content, tracked changes or edits, comments, notes, and other similar information viewable within the native file shall also be imaged so that such content is

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

viewable on the image;

      c.     Bates numbers shall be branded to the images so that the numbers print;

      d.     Images shall be single page image files (one file for each page of a document).

3.    **Image Load/Unitization Files:** An image load/unitization file in a standard .opt or .log litigation support image load format shall be included which provides:

      a.     the document number for each image;

      b.     the full path name(s) of each image file;

      c.     the document boundaries for each document;

      d.     the load file shall be in the order that appropriately corresponds with each image file;

      e.     the following represents the format of a standard .opt or .log image load/unitization file:

Bates,Volume,PATH_to_image,Document Break,Folder Break,Box Break,Total_Pages.

```
M_0100000,06150101,\06150101\0000\0001.TIF,Y,,,1
M_0100001,06150101,\06150101\0000\0002.TIF,Y,,,l
M_0100002,06150101,\06150101\0000\0003.TIF,Y,,,1
M_0100003,06150101,\06150l01\0000\0004.TIF,Y,,,2
M_0100004,0615010l,\06150101\0000\0005.TIF,,,,
M_0100005,06150101,\0615010l\0000\0006.TIF,Y,,,1
M_0100006,06150101,\06150101\0000\0007.TIF,Y,,,4
M_0100007,06150101,\06150101\0000\0008.TIF,,,,
M_0100008,0615010l,\0615010l\0000\0009.TIF,,,,
M_0100009,06150101,\06150101\0000\0010.TIF,,,,
```

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
(2:14-cv-01987-RSM) - 10

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

4.      **OCR or Extracted Text File:**  An OCR or Extracted text file which corresponds to each produced document shall be provided as follows:

a.      Document level OCR text for redacted documents or Extracted text for ESI not containing redaction are to be located in the same directory as its image file;

b.      The text file name shall be the same name of the first image page for the document set, followed by .txt.

c.      An OCR or Extracted text file containing the produced document's content will be provided for all documents whether it is produced as an image file or natively.

5.      **Associated delimited metadata database:** A database shall be provided in a ".dat" file format that extracts metadata into fields in a delimited text load file.  For the Concordance .dat, the parties should use Concordance standard delimiters (ASCII 020 corresponding to a comma, ASCII 254 corresponding to a double quote, ASCII 174 corresponding to a new line, and a semicolon used to separate values).  The fielded data should include all the below metadata fields for a file/document in addition to the unitization (including the production number of the first and last page of each document) and attachments (including information sufficient to identify the parent and child relationships of all documents that are or have attachments).  The first line of the data load file should contain the field headers indicating the contents of each field, and each subsequent line should contain the fielded data for each document.

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
(2:14-cv-01987-RSM) - 11

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

| FIELD NAME | FIELD DESCRIPTION | APPLICABLE FILE TYPE(S) |
|---|---|---|
| BEGBATES | Beginning production number for a given file/document | Email, E-Doc and Other[1] |
| ENDBATES | Ending production number for a given file/document | Email, E-Doc and Other |
| BEGATTACH | Production number of first page of parent | Email, E-Doc and Other |
| ENDATTACH | Production number of last page of last attachment | Email, E-Doc and Other |
| CUSTODIANS | All custodians whose files contained a particular document that was produced or eliminated through de-duplication | Email, E-Doc and Other |
| FILEEXT | File extension | Email and E-Doc |
| HASH | MD5 Hash Value | E-mail and E-Doc |
| SUBJECT | Subject | E-mail |
| FROM | Sender | E-mail |
| TO | Recipient | E-mail |
| CC | Copyee | E-mail |
| BCC | Blind Copyee | E-mail |
| DATESENT | Date Sent & Time (MM/DD/YYYY HH:MM) | E-mail |
| DATERECEIVED | Date Received & Time (MM/DD/YYYY HH:MM) | E-mail |
| AUTHOR | Author | E-Doc |
| DATELASTMOD | Date modified & Time | E-Doc |

---

[1] Other is defined as documents for which internal metadata is not exchanged, including but not limited to, scanned documents and documents obtained from the internet.

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
(2:14-cv-01987-RSM) - 12

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

| FIELD NAME | FIELD DESCRIPTION | APPLICABLE FILE TYPE(S) |
|---|---|---|
| | (MM/DD/YYYY HH:MM) | |
| DATECREATED | Date created & Time<br><br>(MM/DD/YYYY HH:MM) | E-Doc |
| ITEMTYPE | Identifies whether the file is an email, attachment to email, or loose edoc | E-mail and E-Doc |
| FILENAME | Original file name | E-Doc |
| FILEPATH | Original file path to the file or e-mailbox folder structure | E-mail and E-Doc |
| NATIVEFILE | Path to native file as produced | Native |
| TEXTPATH | Path to OCR or extracted text file | E-mail, E-Doc and Other |

**KELLER ROHRBACK L.L.P.**

1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, I electronically filed the

AGREEMENT REGARDING DISCOVERY OF ELECTRONICALLY-STORED
INFORMATION AND [PROPOSED] ORDER

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the email addresses registered, as denoted on the attached list, and I hereby certify that I have

caused to be mailed the foregoing document or paper via the United States Postal Service to non

CM/ECF participants on the list below:

Ronald L Berenstain     rberenstain@perkinscoie.com, docketsea@perkinscoie.com,
jstarr@perkinscoie.com

Michael Woerner     mwoerner@KellerRohrback.com, dwilcher@kellerrohrback.com

David F Taylor     DFTaylor@perkinscoie.com, docketsea@perkinscoie.com,
kstokes@perkinscoie.com

Robert A Skinner     rskinner@ropesgray.com

Tana Lin     tlin@kellerrohrback.com, chopkins@kellerrohrback.com,
ldouglas@kellerrohrback.com

Laura R Gerber     lgerber@kellerrohrback.com, sdouglas@kellerrohrback.com

Sean C Knowles     sknowles@perkinscoie.com, docketsea@perkinscoie.com,
kstokes@perkinscoie.com

Ian J. Mensher     imensher@kellerrohrback.com

Michael J Brickman     mbrickman@rpwb.com

Nina Fields Britt     nfields@rpwb.com

James C Bradley     jbradley@rpwb.com

Matthew A Nickles     mnickles@rpwb.com

AGREEMENT REGARDING DISCOVERY OF ESI AND ORDER
  (2:14-cv-01987-RSM) - 14

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5

1   John D Donovan, Jr    John.Donovan@ropesgray.com

2   John C Ertman    John.Ertman@ropesgray.com

3   Amy D Roy    Amy.Roy@ropesgray.com

4

5                                       /s/ Michael D. Woerner
                                        Michael D. Woerner, WSBA #15452
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

53981822_5