1
2
3
4
5
6
7
8
9
10
11
12
13                         UNITED STATES DISTRICT COURT
14                         WESTERN DISTRICT OF WASHINGTON
15                                    AT SEATTLE
16
17
18  ROBERT KENNY,                                No. C14-1987 RSM
19
20                 Plaintiff,                    **STIPULATION AND ORDER**
21                                               **AMENDING ORDER SETTING TRIAL**
22         v.                                    **DATE AND RELATED DATES AND**
23                                               **DEADLINES IN JOINT STATUS**
24  PACIFIC INVESTMENT                           **REPORT AND DISCOVERY PLAN**
25  MANAGEMENT COMPANY LLC, a
26  Delaware limited liability company;
27  PIMCO INVESTMENTS LLC,
28
29                 Defendants.
30
31
32
33         Defendants Pacific Investment Management Company LLC and PIMCO Investments
34
35  LLC (collectively, "Defendants") and Plaintiff Robert Kenny ("Plaintiff"), through their
36
37  undersigned counsel of record, hereby stipulate and agree as follows:
38
39         On November 5, 2015, the parties filed with the Court the Joint Status Report and
40
41  Discovery Plan (Dkt. 50), wherein the parties agreed on certain deadlines for, among other
42
43  things, completion of various discovery activities in this case.  After the parties filed the Joint
44
45  Status Report and Discovery Plan, Plaintiff served document requests on Defendants, and
46
47  Defendants served responses and objections to those document requests.
48
49         On November 16, 2015, the Court entered its Order Setting Trial Date and Related Dates
50
51  (Dkt. 51), wherein the Court set the trial date and related dates in this case.

STIPULATION AND [PROPOSED] ORDER           **Ropes & Gray LLP**           **Perkins Coie LLP**
(No. CV 14-1987-RSM) – 1                   Prudential Tower,              1201 Third Avenue,
                                           800 Boylston St.               Suite 4900
                                           Boston, MA  02199-3600         Seattle, WA  98101-3099
                                           Phone:  617.951.7000           Phone:  206.359.8000
                                           Fax:  617.951.7050             Fax:  206.359.9000

As a result of the parties' good faith efforts to (a) meet and confer regarding Plaintiff's document requests and Defendants' responses and objections thereto, (b) agree on appropriate custodians from whom to collect documents likely to be responsive to Plaintiff's document requests, (c) agree on search terms to use for purposes of document collection and review, and (d) resolve discovery disputes arising from Plaintiff's document requests and Defendants' responses and objections thereto, Defendants agreed to review several broad categories of documents and information for documents responsive to Plaintiff's document requests.

Defendants have employed a large team of reviewers – at times comprising more than 20 attorneys – that has been working full-time since January 14, 2016 to review documents potentially responsive to Plaintiff's document requests. To date, Defendants have produced to Plaintiff 357,868 pages of responsive documents. Defendants' document review and production is continuing.

Based on the remaining volume of documents to be reviewed and the pace maintained by the review team in the months of review to date, Defendants expect their document production to be substantially complete by June 30, 2016. This date for substantial completion of production of documents is three months later than the March 31, 2016 target for substantial completion of document discovery memorialized in the parties' November 5, 2015 Joint Status Report and Discovery Plan.

Accordingly, in light of the additional three months Defendants believe will be necessary to substantially complete production of documents in response to Plaintiff's document requests,

IT IS HEREBY STIPULATED, by and among Plaintiff and Defendants, for good cause shown, that the deadlines and dates reflected in the Court's Order Setting Trial Date and Related Dates and the parties' Joint Status Report and Discovery Plan be extended by approximately three months, as proposed below, subject to the Court's approval:

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 2

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| Event in Order Setting Trial Date and Related Dates | Current Deadline | Revised Deadline |
|---|---|---|
| Jury Trial Date | 06/12/2017 | 09/19/2017 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 12/14/2016 | 03/17/2017 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(3) and CR7(a)(2)(B) | 02/10/2017 | 05/12/2017 |
| Discovery completed by | 02/13/2017 | 05/19/2017 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 03/14/2017 | 06/16/2017 |
| Mediation per CR 39.1(c)(3) held no later than | 04/28/2017 | 07/28/2017 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 05/15/2017 | 08/18/2017 |
| Agreed pretrial order due | 05/31/2017 | 09/01/2017 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 06/17/2017 | 09/22/2017 |

| Event in Joint Status Report and Discovery Plan | Current Deadline | Revised Deadline |
|---|---|---|
| Document discovery shall be substantially completed on or before | 03/31/2016 | 06/30/2016 |
| Fact discovery shall be completed on or before | 07/15/2016 | 10/28/2016 |
| Expert discovery shall commence promptly upon the closure of fact discovery and shall be completed on or before | 01/13/2017 | 05/19/2017 |
| Plaintiff shall designate any expert witnesses and serve each expert's written report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on or before | 09/09/2016 | 12/02/2016 |
| Defendants shall designate any expert witnesses and serve each expert's report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on or before | 10/28/2016 | 02/03/2017 |

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 3

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| Plaintiffs shall serve any rebuttal expert reports from previously-designated experts on or before | 11/30/2016 | 03/03/2017 |
|---|---|---|
| Expert depositions shall be completed by | 01/13/2017 | 05/19/2017 |

Dated:  this 27th day of April, 2016.

By:  s/ Michael D. Woerner
By:  s/ Tana Lin
By:  s/ Laura R. Gerber
By:  s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:  206-623-3384
Email:  mwoerner@kellerrohrback.com
          tlin@kellerrohrback.com
          lgerber@kellerrohrback.com
          imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:  843-727-3103
Email:  mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 4

By:  s/ Ronald L. Berenstain
       s/ David F. Taylor
       s/ Sean C. Knowles
       Ronald L. Berenstain, WSBA No. 7573
       David F. Taylor, WSBA No. 25689
       Sean C. Knowles, WSBA No. 39893
       **Perkins Coie LLP**
       1201 Third Avenue, Suite 4900
       Seattle, WA  98101-3099
       Telephone:  206-359-8000
       Facsimile:  206-359-9000
       Email:  rberenstain@perkinscoie.com
               dftaylor@perkinscoie.com
               sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:  617-951-7050
Email:  John.Donovan@ropesgray.com
         Robert.Skinner@ropesgray.com
         Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:  212-596-9090

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone:  843-727-6500
Facsimile:   843-216-6509
Email:  nfields@rpwb.com
           jbradley@rpwb.com
           mnickles@rpwb.com

*Attorneys for Plaintiff*

Email:  John.Ertman@ropesgray.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

# ORDER

Pursuant to stipulation by the parties, and for good cause shown, **IT IS SO ORDERED** this 28th day of April, 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:   206-623-3384
Email:  mwoerner@kellerrohrback.com
           tlin@kellerrohrback.com
           lgerber@kellerrohrback.com
           imensher@kellerrohrback.com
Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook &**

By: s/ Ronald L. Berenstain
     s/ David F. Taylor
     s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:   206-359-9000
Email:  rberenstain@perkinscoie.com
           dftaylor@perkinscoie.com
           sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 5

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| **Brickman, LLC**<br>174 East Bay Street<br>Charleston, SC 29401<br>Telephone: 843-727-6520<br>Facsimile: 843-727-3103<br>Email: mbrickman@rpwb.com<br><br>Nina Fields Britt (*Admitted Pro Hac Vice*)<br>James C. Bradley (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook &<br>Brickman, LLC**<br>1037 Chuck Dawley Boulevard, Bldg. A<br>Mount Pleasant, SC 29465<br>Telephone: 843-727-6500<br>Facsimile:   843-216-6509<br>Email:  nfields@rpwb.com<br>           jbradley@rpwb.com<br><br>*Attorneys for Plaintiff* | Amy D. Roy (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile: 617-951-7050<br>Email: John.Donovan@ropesgray.com<br>           Robert.Skinner@ropesgray.com<br>           Amy.Roy@ropesgray.com<br><br>John C. Ertman (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212-596-9000<br>Facsimile:   212-596-9090<br>Email:  John.Ertman@ropesgray.com<br><br>*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC* |