The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>                 Plaintiff,<br><br>    v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>                 Defendants. | No. 2:14-cv-01987-RSM<br><br>[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS |

    This matter came before the Court on Plaintiff's Motion for Judgment on the Pleadings (the "Motion"). The Court has considered the pleadings and papers filed by the parties in connection with the Motion, the arguments of counsel, and all other matters properly before the Court.

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Judgment on the Pleadings is **GRANTED** in its entirety.

    SO ORDERED on this ____ day of _____, 2016.

                                                                            _____
                                                                           The Honorable Ricardo S. Martinez

PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS
(2:14-CV-01987-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

1  **Presented by**:
2  KELLER ROHRBACK L.L.P.

3  By: s/ Michael D. Woerner
   By: s/ Tana Lin
4  By: s/ Laura R. Gerber
   By: s/ Ian Mensher
5  Michael D. Woerner, WSBA #15452
   Tana Lin, WSBA #35271
6  Laura R. Gerber, WSBA #34981
7  Ian Mensher, WSBA #39593
   1201 Third Avenue, Suite 3200
8  Seattle, WA  98101
   Tel: (206) 623-1900
9  Fax: (206) 623-3384
   Email: mwoerner@kellerrohrback.com
10         tlin@kellerrohrback.com
11         lgerber@kellerrohrback.com
           imensher@kellerrohrback.com
12
   James C. Bradley (Admitted *pro hac vice*)
13 jbradley@rpwb.com
   Nina Fields Britt (Admitted *pro hac vice*)
14 nfields@rpwb.com
15 Richardson, Patrick, Westbrook &
   Brickman, LLC
16 1017 Chuck Dawley Blvd.
   Post Office Box 1007
17 Mount Pleasant, SC  29465
   Tel: (843) 727-6500
18 Fax: (843) 881-6183
19
   Michael Brickman (Admitted *pro hac vice*)
20 mbrickman@rpwb.com
   Richardson, Patrick, Westbrook &
21 Brickman, LLC
   174 East Bay Street
22 P.O. Box 879
23 Charleston, SC  29401
   Tel: (843) 727-6520
24 Fax: (843) 727-3103

25 *Attorneys for Plaintiff Robert Kenny*

26

PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS
(2:14-CV-01987-RSM) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183