THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>　　　　　　Defendants. | No. CV 14-1987-RSM<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS |

Plaintiff Robert Kenny ("Plaintiff") and defendants Pacific Investment Management Company LLC and PIMCO Investments LLC ("Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

On May 5, 2016, Plaintiff filed his Motion for Judgment on the Pleadings (Dkt. 58). Pursuant to LCR 7(d)(3), Plaintiff noted the motion for May 20, 2016.

Counsel for the parties conferred regarding a proposed briefing schedule on Plaintiff's Motion for Judgment on the Pleadings that would allow Defendants to file their opposition to Plaintiff's Motion for Judgment on the Pleadings on the same day that their reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Anniversary Complaint in the related action, *Kenny v. Pacific Investment Management Co. LLC, et al.*, No. 15-cv-2037-RSM, is due to be

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 1

116471-0001/130993865.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

filed. Accordingly, the parties agreed, subject to the Court's approval, that Defendants' opposition brief would be due 32 days after Plaintiff filed the Motion for Judgment on the Pleadings, or on June 6, 2016; and that Plaintiff's reply brief would be due 16 days after Defendants' opposition brief, or on June 22, 2016.

WHEREAS, for good cause shown,

IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, subject to the Court's approval, as follows:

1. Defendants shall file their opposition brief to Plaintiff's Motion for Judgment on the Pleadings by June 6, 2016; and

2. Plaintiff shall file his reply brief in support of his Motion for Judgment on the Pleadings by June 22, 2016.

DATED this 13th day of May, 2016.

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:  206-623-3384
Email: mwoerner@kellerrohrback.com
  tlin@kellerrohrback.com
  lgerber@kellerrohrback.com
  imensher@kellerrohrback.com

By: s/ Ronald L. Berenstain
  s/ David F. Taylor
  s/ Sean C. Knowles
  Ronald L. Berenstain, WSBA No. 7573
  David F. Taylor, WSBA No. 25689
  Sean C. Knowles, WSBA No. 39893
  **Perkins Coie LLP**
  1201 Third Avenue, Suite 4900
  Seattle, WA  98101-3099
  Telephone:  206-359-8000
  Facsimile:   206-359-9000
  Email:  rberenstain@perkinscoie.com
    dftaylor@perkinscoie.com
    sknowles@perkinscoie.com

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 2

116471-0001/130993865.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| Michael J. Brickman (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook &**<br>**Brickman, LLC**<br>174 East Bay Street<br>Charleston, SC 29401<br>Telephone:  843-727-6520<br>Facsimile:   843-727-3103<br>Email:  mbrickman@rpwb.com<br><br>Nina Fields Britt (*Admitted Pro Hac Vice*)<br>James C. Bradley (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook &**<br>**Brickman, LLC**<br>1037 Chuck Dawley Boulevard, Bldg. A<br>Mount Pleasant, SC 29465<br>Telephone:  843-727-6500<br>Facsimile:    843-216-6509<br>Email:   nfields@rpwb.com<br>              jbradley@rpwb.com<br><br>Attorneys for Plaintiff | John D. Donovan (*Admitted Pro Hac Vice*)<br>Robert A. Skinner (*Admitted Pro Hac Vice*)<br>Amy D. Roy (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone:  617-951-7000<br>Facsimile:   617-951-7050<br>Email: John.Donovan@ropesgray.com<br>            Robert.Skinner@ropesgray.com<br>            Amy.Roy@ropesgray.com<br><br>John C. Ertman (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  212-596-9000<br>Facsimile:    212-596-9090<br>Email:  John.Ertman@ropesgray.com<br><br>Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC |

### ORDER

Pursuant to stipulation by the parties, and for good cause shown, **IT IS SO ORDERED** this 17 day of May 2016.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 3

116471-0001/130993865.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Presented by:

By:  s/ Ronald L. Berenstain
By:  s/ David F. Taylor
By:  s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206-359-8000
Facsimile:  206-359-9000
Email:       rberenstain@perkinscoie.com
                 dftaylor@perkinscoie.com
                 sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Email: John.Donovan@ropesgray.com
            Robert.Skinner@ropesgray.com
            Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile:  212-596-9090
Email: John.Ertman@ropesgray.com

Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 4

116471-0001/130993865.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384
Email: mwoerner@kellerrohrback.com
tlin@kellerrohrback.com
lgerber@kellerrohrback.com
imensher@kellerrohrback.com


Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone: 843-727-6520
Facsimile: 843-727-3103
Email: mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone: 843-727-6500
Facsimile: 843-216-6509
Email: nfields@rpwb.com
jbradley@rpwb.com


Attorneys for Plaintiff

STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 5

116471-0001/130993865.1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000