UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>            Plaintiff,<br><br>   v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>            Defendants. | No. C14-1987 RSM<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL PIMCO DEFENDANTS TO PRODUCE DOCUMENTS |

      Plaintiff Robert Kenny ("Plaintiff") and defendants Pacific Investment Management Company LLC and PIMCO Investments LLC ("Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

      On June 1, 2016, Plaintiff filed his Motion to Compel PIMCO Defendants to Produce Documents ("Motion") (Dkt. 62). Pursuant to LCR 7(d)(3), Plaintiff noted the Motion for June 17, 2016.

      Counsel for the parties conferred regarding a proposed briefing schedule on Plaintiff's Motion that would allow two additional weeks for Defendants to file their opposition to Plaintiff's Motion in light of the complexity and breadth of the issues raised. Accordingly, the parties agreed, subject to the Court's approval, that Defendants' opposition brief would be due

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 1
57029027_1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

26 days after Plaintiff filed the Motion, or on June 27, 2016; and that Plaintiff's reply brief would be due 18 days after Defendants' opposition brief, or on July 15, 2016.

WHEREAS, for good cause shown,

IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, subject to the Court's approval, as follows:

1. Defendants shall file their opposition brief to Plaintiff's Motion to Compel PIMCO Defendants to Produce Documents by June 27, 2016; and

2. Plaintiff shall file his reply brief in support of his Motion to Compel PIMCO Defendants to Produce Documents by July 15, 2016.

DATED this 6th day of June, 2016.

By:  s/ Michael D. Woerner
By:  s/ Tana Lin
By:  s/ Laura R. Gerber
By:  s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:  206-623-3384
Email:  mwoerner@kellerrohrback.com
          tlin@kellerrohrback.com
          lgerber@kellerrohrback.com
          imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:  843-727-3103
Email:  mbrickman@rpwb.com

By:  s/ Ronald L. Berenstain
      s/ David F. Taylor
      s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000
Email:  rberenstain@perkinscoie.com
          dftaylor@perkinscoie.com
          sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:  617-951-7050
Email:  John.Donovan@ropesgray.com
          Robert.Skinner@ropesgray.com
          Amy.Roy@ropesgray.com

STIPULATION AND ORDER SETTING BRIEFING
SCHEDULE
(No. CV 14-1987-RSM) – 2
57029027_1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone:  843-727-6500
Facsimile:    843-216-6509
Email:  nfields@rpwb.com
            jbradley@rpwb.com

Attorneys for Plaintiff

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile:   212-596-9090
Email:  John.Ertman@ropesgray.com

Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC

## ORDER

Pursuant to stipulation by the parties, and for good cause shown, **IT IS SO ORDERED** this 8th day of June 2016.

_[signature]_

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By:  s/ Ronald L. Berenstain
By:  s/ David F. Taylor
By:  s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206-359-8000
Facsimile:  206-359-9000
Email:         rberenstain@perkinscoie.com
                  dftaylor@perkinscoie.com
                  sknowles@perkinscoie.com

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
(No. CV 14-1987-RSM) – 3
57029027_1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

```
 1
 2
 3
 4
 5
 6   John D. Donovan (*Admitted Pro Hac Vice*)
 7   Robert A. Skinner (*Admitted Pro Hac Vice*)
 8   Amy D. Roy (*Admitted Pro Hac Vice*)
 9   **Ropes & Gray**
10   Prudential Tower
11   800 Boylston Street
12   Boston, MA 02199-3600
13   Telephone: 617-951-7000
14   Facsimile: 617-951-7050
15   Email: John.Donovan@ropesgray.com
16          Robert.Skinner@ropesgray.com
17          Amy.Roy@ropesgray.com
18
19   John C. Ertman (*Admitted Pro Hac Vice*)
20   **Ropes & Gray**
21   1211 Avenue of the Americas
22   New York, NY 10036-8704
23   Telephone: 212-596-9000
24   Facsimile: 212-596-9090
25   Email: John.Ertman@ropesgray.com
26
27   Attorneys for Defendants Pacific Investment
28   Management Company LLC and PIMCO Investments
29   LLC
30
31
32   By: s/ Michael D. Woerner
33   By: s/ Tana Lin
34   By: s/ Laura R. Gerber
35   By: s/ Ian Mensher
36   Michael D. Woerner, WSBA No. 15452
37   Tana Lin, WSBA No. 35271
38   Laura R. Gerber, WSBA No. 34981
39   Ian Mensher, WSBA #39593
40   **Keller Rohrback L.L.P.**
41   1201 Third Avenue, Suite 3200
42   Seattle, WA 98101
43   Telephone: 206-623-1900
44   Facsimile: 206-623-3384
45   Email: mwoerner@kellerrohrback.com
46          tlin@kellerrohrback.com
47          lgerber@kellerrohrback.com
48          imensher@kellerrohrback.com
```

STIPULATION AND ORDER SETTING BRIEFING
SCHEDULE
(No. CV 14-1987-RSM) – 4
57029027_1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:   843-727-3103
Email:  mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone:  843-727-6500
Facsimile:   843-216-6509
Email:  nfields@rpwb.com
        jbradley@rpwb.com


Attorneys for Plaintiff

STIPULATION AND ORDER SETTING BRIEFING
SCHEDULE
(No. CV 14-1987-RSM) – 5
57029027_1

**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000