The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

11

ROBERT KENNY,

12                                     Plaintiff,         No. 2:14-cv-1987-RSM

13          v.
                                                          **JOINT STATUS REPORT**
14

PACIFIC INVESTMENT MANAGEMENT
15  COMPANY LLC, a Delaware limited liability
company; PIMCO INVESTMENTS LLC,
16
                                       Defendant.
17

18          As contemplated in the Stipulation and Order of Dismissal entered on August 24, 2016 in

19  a related case involving the same parties, *Kenny v. Pac. Inv. Mgmt. Co. LLC*, No. 2:15-cv-2037-

20  RSM (ECF 34), plaintiff Robert Kenny ("Plaintiff") and defendants Pacific Investment

21  Management Company LLC and PIMCO Investments LLC ("Defendants"), through their

22  undersigned counsel of record, jointly submit this status report.

23          The Court's Order Granting Plaintiff's Motion for Judgment on the Pleadings in this Action

24  (ECF 97) limited Defendants' Third Affirmative Defense and held that "Section 36(b) of the ICA

25  contains only a retrospective limitation on damages and [ ] Plaintiff need not file Anniversary

26  Complaints annually to preserve his right to pursue damages incurred after the filing of this action."

JOINT STATUS REPORT
(2:14-cv-01987-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

58930000_1

Plaintiff seeks additional discovery as to the later time periods now encompassed by this Action, and the parties have conferred (and will confer further) regarding the nature and scope of the additional discovery sought by Plaintiff.  Plaintiff served his Fourth Request for Production of Documents on September 1, 2016, and he will shortly provide a proposal to Defendants regarding the scope of additional discovery sought as to the later time periods at issue.

In addition, the Court granted Plaintiff's motion to compel discovery on August 5, 2016 order (ECF 96). The Defendants have provided some of the documents the Court compelled them to produce, and the parties have conferred (and will confer further) regarding the production of the remaining documents. However, the parties are still in the process of negotiating the manner in which compensation information will be produced as well as the scope of the production with regard to the production of documents relating to separate accounts.

In light of the foregoing, the parties believe that the schedule in this Action will need to be adjusted to allow additional time for the completion of discovery.  The parties do not have a proposed revised schedule on which they seek Court action at this time.  They are working to determine the additional time required to complete discovery and will submit to the Court a proposed revised schedule as soon as practicable.  The parties anticipate submitting a proposed revised case schedule on or before September 30, 2016 or, in the alternative, a further joint status report regarding progress on discovery and scheduling matters.

JOINT STATUS REPORT
(2:14-CV-01987-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

58930000_1

DATED this 6th day of September, 2016.

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:  206-623-3384
Email: mwoerner@kellerrohrback.com
          tlin@kellerrohrback.com
          lgerber@kellerrohrback.com
          imensher@kellerrohrback.com

James C. Bradley (*Admitted pro hac vice*)
Nina Fields Britt (*Admitted pro hac vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1017 Chuck Dawley Blvd.
Post Office Box 1007
Mount Pleasant, SC  29465
Tel: (843) 727-6500
Fax: (843) 881-6183
Email: jbradley@rpwb.com
          nfields@rpwb.com

Michael Brickman (*Admitted pro hac vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Post Office Box 879
Charleston, SC  29401
Tel: (843) 727-6520
Fax: (843) 727-3103
Email: mbrickman@rpwb.com

**Attorneys for Plaintiff Robert Kenny**

By: s/ Ronald L. Berenstain
    s/ David F. Taylor
    s/ Sean C. Knowles
    Ronald L. Berenstain, WSBA No. 7573
    David F. Taylor, WSBA No. 25689
    Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000
Email: rberenstain@perkinscoie.com
          dftaylor@perkinscoie.com
          sknowles@perkinscoie.com

Of Counsel
John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:  617-951-7050
Email: John.Donovan@ropesgray.com
          Robert.Skinner@ropesgray.com
          Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:  212-596-9090
Email: John.Ertman@ropesgray.com

**Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LL**

JOINT STATUS REPORT
(2:14-CV-01987-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

58930000_1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to email addresses indicated on the Court's Electronic Mail Notice List.

September 6, 2016          <u>  s/ James C. Bradley          </u>
                           Richardson, Patrick, Westbrook & Brickman, LLC
                           1017 Chuck Dawley Blvd.
                           Post Office Box 1007
                           Mount Pleasant, SC  29465
                           Phone: 843-727-6500
                           Fax: 843-881-6183
                           Email: jbradley@rpwb.com

                           Attorneys for Plaintiff Robert Kenny

---

JOINT STATUS REPORT
(2:14-CV-01987-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

58930000_1