THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC INVESTMENT<br>MANAGEMENT COMPANY LLC, a<br>Delaware limited liability company;<br>PIMCO INVESTMENTS LLC,<br><br>　　　　　　Defendants. | No. CV 14-1987-RSM<br><br>**STIPULATION AND ORDER<br>AMENDING ORDER SETTING TRIAL<br>DATE AND RELATED DATES AND<br>DEADLINES IN JOINT STATUS<br>REPORT AND DISCOVERY PLAN** |

　　　　Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

　　　　On September 6, 2016, the parties filed with the Court the Joint Status Report and Discovery Plan (Dkt. 98), wherein the parties reported that additional time was necessary to complete the expanded discovery obligations arising from recent Court orders and to respond to ongoing discovery requests. This stipulation and proposed order follows the status report by specifying certain proposed revised deadlines for completion of various discovery activities.

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 1

Ropes & Gray LLP
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

Perkins Coie LLP
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Although the parties have sought to complete fact discovery as expeditiously as possible and continue to work diligently to this end, in light of the overall volume, ongoing discovery requests, and recent Court orders, Defendants' document review and production have become larger in scope than previously anticipated, rendering an extension of the previously ordered deadlines necessary.

In addition to requests for production of documents[1] and interrogatories propounded by Plaintiff in the normal course of discovery, Plaintiff requests additional discovery based on the Court's recent Order Granting Plaintiff's Motion for Judgment on the Pleadings in this matter (Dkt. 97).  The order held that "Section 36(b) of the ICA contains only a retrospective limitation on damages and [ ] Plaintiff need not file Anniversary Complaints annually to preserve his right to pursue damages incurred after the filing of this action" and has the effect of extending the timeframe at issue in this matter.  As a result, Plaintiff has requested production of documents from the later time period newly encompassed by this matter, which necessarily compels Defendants to conduct an additional collection, review, and production of documents.

The Court also granted in part Plaintiff's motion to compel discovery on August 5, 2016 (Dkt. 96).  This order required further discovery on several issues, which will require additional time by Defendants and Defendants' counsel to identify and produce responsive documents. While Defendants have already provided a portion of the responsive documents to Plaintiff, the parties continue to confer over the scope of certain categories of documents contemplated by the order.

Additionally, as a result of ongoing discovery disputes between Plaintiff and the Independent Trustees of the PIMCO Total Return Fund (*see* Pls. Mot. to Compel Trustees, Dkt.

---

[1] Defendants are currently responding to Plaintiff's Fourth Request for Production of Documents, in addition to addressing follow-up discovery requests flowing from the First, Second, and Third Requests for Production of Documents and Plaintiff's First Set of Interrogatories.

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 2

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

100), the parties have delayed taking the depositions of several witnesses until the dispute is resolved by the Court.

When all of the above circumstances are considered, Defendants expect their document production to be substantially complete by March 31, 2017. This date for substantial completion of production of documents is nine months later than the June 30, 2016 target for substantial completion of document discovery memorialized in the parties' April 27, 2016 stipulation to a revised discovery plan.

Accordingly, in light of the additional nine months Defendants believe will be necessary to substantially complete production of documents in response to Plaintiff's document requests,

IT IS HEREBY STIPULATED, by and among Plaintiff and Defendants, for good cause shown, that the deadlines and dates reflected in the Court's Order Setting Trial Date and Related Dates (Dkt. 51) and the parties' Stipulation and Order Amending Trial Date and Related Dates and Deadlines in Joint Status Report and Discovery Plan (Dkt. 56) be extended by approximately nine months, as proposed below, subject to the Court's approval:

| Event in Order Setting Trial Date and Related Dates | Current Deadline | Revised Deadline |
|---|---|---|
| Jury Trial Date | 09/19/2017 | 06/18/2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 03/17/2017 | 12/01/2017 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(3) and CR7(a)(2)(B) | 05/12/2017 | 02/09/2018 |
| Discovery completed by | 05/19/2017 | 02/16/2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 06/16/2017 | 03/16/2018 |
| Mediation per CR 39.1(c)(3) held no later than | 07/28/2017 | 04/27/2018 |

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 3

Ropes & Gray LLP
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

Perkins Coie LLP
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 08/18/2017 | 05/18/2018 |
| Agreed pretrial order due | 09/01/2017 | 05/18/2018 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 09/22/2017 | 06/01/2018 |
| **Event in Joint Status Report and Discovery Plan** | **Current Deadline** | **Revised Deadline** |
| Document discovery shall be substantially completed on or before | 06/30/2016 | 03/31/2017 |
| Fact discovery shall be completed on or before | 10/28/2016 | 07/28/2017 |
| Expert discovery shall commence promptly upon the closure of fact discovery and shall be completed on or before | 05/19/2017 | 02/16/2018 |
| Plaintiff shall designate any expert witnesses and serve each expert's written report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on or before | 12/02/2016 | 09/15/2017 |
| Defendants shall designate any expert witnesses and serve each expert's report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on or before | 02/03/2017 | 11/03/2017 |
| Plaintiffs shall serve any rebuttal expert reports from previously-designated experts on or before | 03/03/2017 | 12/01/2017 |
| Expert depositions shall be completed by | 05/19/2017 | 02/16/2018 |

STIPULATION AND ORDER
(No. CV 14-1987-RSM) − 4

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated:  this 30th day of September, 2016.

By:  s/ Michael D. Woerner
By:  s/ Tana Lin
By:  s/ Laura R. Gerber
By:  s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:  206-623-3384
Email: mwoerner@kellerrohrback.com
         tlin@kellerrohrback.com
         lgerber@kellerrohrback.com
         imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:  843-727-3103
Email:  mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone:  843-727-6500
Facsimile:   843-216-6509
Email:  nfields@rpwb.com
         jbradley@rpwb.com
         mnickles@rpwb.com

*Attorneys for Plaintiff*

By:  s/ Ronald L. Berenstain
     s/ David F. Taylor
     s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:   206-359-9000
Email: rberenstain@perkinscoie.com
         dftaylor@perkinscoie.com
         sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:   617-951-7050
Email: john.donovan@ropesgray.com
         robert.skinner@ropesgray.com
         amy.roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:   212-596-9090
Email:  john.ertman@ropesgray.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 5

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**ORDER**

Pursuant to stipulation by the parties, and for good cause shown, **IT IS SO ORDERED** this 4th day of October, 2016.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:  206-623-3384
Email: mwoerner@kellerrohrback.com
       tlin@kellerrohrback.com
       lgerber@kellerrohrback.com
       imensher@kellerrohrback.com

By: s/ Ronald L. Berenstain
    s/ David F. Taylor
    s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000
Email: rberenstain@perkinscoie.com
       dftaylor@perkinscoie.com
       sknowles@perkinscoie.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:  843-727-3103

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 6

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| Email: mbrickman@rpwb.com | Telephone:  617-951-7000<br>Facsimile:  617-951-7050<br>Email: john.donovan@ropesgray.com<br>          robert.skinner@ropesgray.com<br>          amy.roy@ropesgray.com |
| Nina Fields Britt (*Admitted Pro Hac Vice*)<br>James C. Bradley (*Admitted Pro Hac Vice*)<br>Matthew A. Nickles (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook & Brickman, LLC**<br>1037 Chuck Dawley Boulevard, Bldg. A<br>Mount Pleasant, SC 29465<br>Telephone: 843-727-6500<br>Facsimile:   843-216-6509<br>Email:  nfields@rpwb.com<br>          jbradley@rpwb.com<br>          mnickles@rpwb.com | John C. Ertman (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  212-596-9000<br>Facsimile:   212-596-9090<br>Email:  john.ertman@ropesgray.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC* |

STIPULATION AND ORDER
(No. CV 14-1987-RSM) − 7

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

| | |
|---|---|
| DATED:  September 30, 2016. | By:  s/ Ronald L. Berenstain<br>Ronald L. Berenstain, WSBA No. 7573<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone:  206.359.8000<br>Facsimile:   206.359.9000<br>Email:  rberenstain@perkinscoie.com<br><br>*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC* |

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 8

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000