THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>Defendants. | No. CV 14-1987-RSM<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING ORDER SETTING DATES AND DEADLINES IN JOINT STATUS REPORT AND DISCOVERY PLAN**<br><br>NOTE FOR MOTION: JULY 26, 2017 |

Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

On September 30, 2016, the parties filed a Stipulation and Proposed Order Amending Order Setting Trial Date and Related Dates and Deadlines in Joint Status Report and Discovery Plan (Dkt. 111), wherein the parties requested additional time to complete expanded discovery obligations and to respond to ongoing discovery requests. Finding good cause shown, the Court on October 4, 2016 entered an Order Amending Order Setting Trial Date and Related Dates and

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) − 1

116471-0001/136347452.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Deadlines in Joint Status Report and Discovery Plan (Dkt. 124) (the "Scheduling Order")
2  amending the case schedule accordingly.
3      Although the parties have sought to complete fact discovery as expeditiously as possible
4  and continue to work diligently to this end, in light of the overall volume of documents
5  produced, ongoing discovery requests, and difficulties in scheduling fact witnesses' depositions,
6  the parties have agreed and propose to amend deadlines for the completion of fact discovery and
7  expert witness reports in the Scheduling Order while preserving the current deadlines for
8  completion of expert discovery, filing of dispositive motions, and the current trial date.
9      IT IS HEREBY STIPULATED, by and among Plaintiff and Defendants, for good cause
10 shown, that the below-referenced deadlines in the Scheduling Order be extended, as proposed
11 below, subject to the Court's approval:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Fact discovery cutoff | 7/28/2017 | 9/30/2017 |
| Plaintiff shall designate any expert witnesses and serve each expert's written report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on or before | 09/15/2017 | 10/6/2017 |
| Defendants shall designate any expert witnesses and serve each expert's report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on or before | 11/03/2017 | 11/24/2017 |
| Plaintiffs shall serve any rebuttal expert reports from previously-designated experts on or before | 12/01/2017 | 12/22/2017 |

23  //
24  //
25  //
26

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 2

116471-0001/136347452.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  Dated: this 26th day of July, 2017.

2

3  By: s/ Michael D. Woerner
   By: s/ Tana Lin
4  By: s/ Laura R. Gerber
   By: s/ Ian Mensher
5  Michael D. Woerner, WSBA No. 15452
   Tana Lin, WSBA No. 35271
6  Laura R. Gerber, WSBA No. 34981
   Ian Mensher, WSBA #39593
7  **Keller Rohrback L.L.P.**
   1201 Third Avenue, Suite 3200
8  Seattle, WA  98101
   Telephone:  206-623-1900
9  Facsimile:  206-623-3384
10 Email: mwoerner@kellerrohrback.com
          tlin@kellerrohrback.com
11        lgerber@kellerrohrback.com
          imensher@kellerrohrback.com
12

13 Michael J. Brickman (*Admitted Pro Hac Vice*)
   **Richardson, Patrick, Westbrook & Brickman,**
14 **LLC**
   174 East Bay Street
15 Charleston, SC 29401
   Telephone:  843-727-6520
16 Facsimile:  843-727-3103
17 Email:  mbrickman@rpwb.com

18 Nina Fields Britt (*Admitted Pro Hac Vice*)
   James C. Bradley (*Admitted Pro Hac Vice*)
19 Matthew A. Nickles (*Admitted Pro Hac Vice*)
   **Richardson, Patrick, Westbrook & Brickman,**
20 **LLC**
   1037 Chuck Dawley Boulevard, Bldg. A
21 Mount Pleasant, SC 29465
   Telephone:  843-727-6500
22 Facsimile:   843-216-6509
23 Email:  nfields@rpwb.com
           jbradley@rpwb.com
24         mnickles@rpwb.com

25
   *Attorneys for Plaintiff*
26

By: s/ Ronald L. Berenstain
    s/ David F. Taylor
    s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:   206-359-9000
Email: rberenstain@perkinscoie.com
       dftaylor@perkinscoie.com
       sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:  617-951-7050
Email: john.donovan@ropesgray.com
       robert.skinner@ropesgray.com
       amy.roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:   212-596-9090
Email:  john.ertman@ropesgray.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

---

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 3

116471-0001/136347452.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# [PROPOSED] ORDER

Pursuant to stipulation by the parties, and for good cause shown, **IT IS SO ORDERED** this _____ day of _____, 2017.

_____
Hon. Ricardo S. Martinez
United States District Judge

Presented by:

By:  s/ Michael D. Woerner
By:  s/ Tana Lin
By:  s/ Laura R. Gerber
By:  s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:  206-623-3384
Email: mwoerner@kellerrohrback.com
       tlin@kellerrohrback.com
       lgerber@kellerrohrback.com
       imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone: 843-727-6520
Facsimile:  843-727-3103
Email: mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone: 843-727-6500
Facsimile:  843-216-6509

By:  s/ Ronald L. Berenstain
     s/ David F. Taylor
     s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000
Email: rberenstain@perkinscoie.com
       dftaylor@perkinscoie.com
       sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:  617-951-7050
Email: john.donovan@ropesgray.com
       robert.skinner@ropesgray.com
       amy.roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:  212-596-9090

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 4

116471-0001/136347452.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| Email:  nfields@rpwb.com<br>            jbradley@rpwb.com<br>            mnickles@rpwb.com<br><br>*Attorneys for Plaintiff* | Email:  john.ertman@ropesgray.com<br><br>*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC* |

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 5

116471-0001/136347452.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

|   |   |   |
|---|---|---|
| 1 | **CERTIFICATE OF SERVICE** | |
| 2 | I hereby certify that on July 26, 2017, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system, which will send notification of such filing to the email |
| 4 | addresses indicated on the Court's Electronic Mail Notice List. |

DATED: July 26, 2017

By: s/ Ronald L. Berenstain
Ronald L. Berenstain, WSBA No. 7573
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: rberenstain@perkinscoie.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

STIPULATION AND [PROPOSED] ORDER
(No. CV 14-1987-RSM) – 6

116471-0001/136347452.1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000