UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>            Plaintiff,<br><br>    v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>            Defendants. | No. C14-1987 RSM<br><br>**STIPULATION AND ORDER AMENDING ORDER SETTING DATES AND DEADLINES IN JOINT STATUS REPORT AND DISCOVERY PLAN** |

Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

On September 30, 2016, the parties filed a Stipulation and Proposed Order Amending Order Setting Trial Date and Related Dates and Deadlines in Joint Status Report and Discovery Plan (Dkt. 111), wherein the parties requested additional time to complete expanded discovery obligations and to respond to ongoing discovery requests. Finding good cause shown, the Court on October 4, 2016 entered an Order Amending Order Setting Trial Date and Related Dates and

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 1

116471-0001/136347452.1

Ropes & Gray LLP
Prudential Tower,
800 Boylston St.
Boston, MA  02199-3600
Phone:  617.951.7000
Fax:  617.951.7050

Perkins Coie LLP
1201 Third Avenue,
Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Deadlines in Joint Status Report and Discovery Plan (Dkt. 124) (the "Scheduling Order") amending the case schedule accordingly.

Although the parties have sought to complete fact discovery as expeditiously as possible and continue to work diligently to this end, in light of the overall volume of documents produced, ongoing discovery requests, and difficulties in scheduling fact witnesses' depositions, the parties have agreed and propose to amend deadlines for the completion of fact discovery and expert witness reports in the Scheduling Order while preserving the current deadlines for completion of expert discovery, filing of dispositive motions, and the current trial date.

IT IS HEREBY STIPULATED, by and among Plaintiff and Defendants, for good cause shown, that the below-referenced deadlines in the Scheduling Order be extended, as proposed below, subject to the Court's approval:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Fact discovery cutoff | 7/28/2017 | 9/30/2017 |
| Plaintiff shall designate any expert witnesses and serve each expert's written report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on or before | 09/15/2017 | 10/6/2017 |
| Defendants shall designate any expert witnesses and serve each expert's report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on or before | 11/03/2017 | 11/24/2017 |
| Plaintiffs shall serve any rebuttal expert reports from previously-designated experts on or before | 12/01/2017 | 12/22/2017 |

//

//

//

STIPULATION AND ORDER – 2

116471-0001/136347452.1

Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Phone: 602.351.8000
Fax: 602.648.7000

1  Dated: this 26th day of July, 2017.

2

3  By: s/ Michael D. Woerner
   By: s/ Tana Lin
4  By: s/ Laura R. Gerber
   By: s/ Ian Mensher
5  Michael D. Woerner, WSBA No. 15452
   Tana Lin, WSBA No. 35271
6  Laura R. Gerber, WSBA No. 34981
   Ian Mensher, WSBA #39593
7  **Keller Rohrback L.L.P.**
   1201 Third Avenue, Suite 3200
8  Seattle, WA  98101
   Telephone:  206-623-1900
9  Facsimile:   206-623-3384
   Email: mwoerner@kellerrohrback.com
10         tlin@kellerrohrback.com
           lgerber@kellerrohrback.com
11         imensher@kellerrohrback.com

12

13  Michael J. Brickman (*Admitted Pro Hac Vice*)
    **Richardson, Patrick, Westbrook & Brickman,**
14  **LLC**
    174 East Bay Street
15  Charleston, SC 29401
    Telephone:  843-727-6520
16  Facsimile:   843-727-3103
    Email: mbrickman@rpwb.com
17

18  Nina Fields Britt (*Admitted Pro Hac Vice*)
    James C. Bradley (*Admitted Pro Hac Vice*)
19  Matthew A. Nickles (*Admitted Pro Hac Vice*)
    **Richardson, Patrick, Westbrook & Brickman,**
20  **LLC**
    1037 Chuck Dawley Boulevard, Bldg. A
21  Mount Pleasant, SC 29465
    Telephone:  843-727-6500
22  Facsimile:   843-216-6509
    Email: nfields@rpwb.com
23         jbradley@rpwb.com
           mnickles@rpwb.com
24

25  *Attorneys for Plaintiff*

26

By: s/ Ronald L. Berenstain
    s/ David F. Taylor
    s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:   206-359-9000
Email: rberenstain@perkinscoie.com
       dftaylor@perkinscoie.com
       sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:   617-951-7050
Email: john.donovan@ropesgray.com
       robert.skinner@ropesgray.com
       amy.roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:   212-596-9090
Email: john.ertman@ropesgray.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

STIPULATION AND ORDER –3

116471-0001/136347452.1

**Perkins Coie LLP**
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Phone:  602.351.8000
Fax:  602.648.7000

# ORDER

Pursuant to stipulation by the parties, and for good cause shown, **IT IS SO ORDERED** this 27th day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:   206-623-3384
Email: mwoerner@kellerrohrback.com
       tlin@kellerrohrback.com
       lgerber@kellerrohrback.com
       imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:   843-727-3103
Email: mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A

By: s/ Ronald L. Berenstain
    s/ David F. Taylor
    s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:   206-359-9000
Email: rberenstain@perkinscoie.com
       dftaylor@perkinscoie.com
       sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:   617-951-7050
Email: john.donovan@ropesgray.com
       robert.skinner@ropesgray.com
       amy.roy@ropesgray.com

STIPULATION AND ORDER – 4

116471-0001/136347452.1

**Perkins Coie LLP**
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Phone:  602.351.8000
Fax:  602.648.7000

| | | |
|---|---|---|
| 1 | Mount Pleasant, SC 29465 | |
| 2 | Telephone:  843-727-6500<br>Facsimile:    843-216-6509 | John C. Ertman (*Admitted Pro Hac Vice*)<br>**Ropes & Gray** |
| 3 | Email:  nfields@rpwb.com<br>            jbradley@rpwb.com | 1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| 4 |             mnickles@rpwb.com | Telephone:  212-596-9000<br>Facsimile:   212-596-9090 |
| 5 | *Attorneys for Plaintiff* | Email:  john.ertman@ropesgray.com |
| 6 | | *Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO* |
| 7 | | *Investments LLC* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER –5

116471-0001/136347452.1

**Perkins Coie LLP**
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Phone:  602.351.8000
Fax:  602.648.7000