UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| ROBERT KENNY, | |
|---|---|
| Plaintiff, | No. C14-1987 RSM |
| v. | STIPULATION AND ORDER EXTENDING DEADLINE TO CONDUCT MEDIATION |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC, | |
| Defendants. | |

Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, respectfully submit this Stipulation and Order for extension of the April 27, 2018 deadline to mediate this action and state as follows:

The parties have been engaged in discussions regarding selection of a mediator and have agreed upon the Honorable Layn Phillips. Judge Phillips' first available date to preside over the mediation is May 4, 2018. Because of this fact and out of a desire to conserve judicial resources, the parties respectfully request the following:

1. Subject to the Court's approval, the mediation deadline shall be extended one week from the current April 27, 2018 deadline to May 4, 2018.

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(2:14-CV-01987-RSM) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

RICHARDSON PATRICK
WESTBROOK & BRICKMAN, LLC
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

2.      Any ruling on pending motions for summary judgment and related motions to seal be held in abeyance until May 11, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 3rd day of April, 2018.

| | |
|---|---|
| By: s/ Michael D. Woerner<br>By: s/ Tana Lin<br>By: s/ Laura R. Gerber<br>By: s/ Ian Mensher<br>Michael D. Woerner, WSBA No. 15452<br>Tana Lin, WSBA No. 35271<br>Laura R. Gerber, WSBA No. 34981<br>Ian Mensher, WSBA #39593<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: 206-623-1900<br>Facsimile: 206-623-3384<br>Email: mwoerner@kellerrohrback.com<br>　　　　tlin@kellerrohrback.com<br>　　　　lgerber@kellerrohrback.com<br>　　　　imensher@kellerrohrback.com | By: s/ Ronald L. Berenstain<br>By: s/ Sean C. Knowles<br>Ronald L. Berenstain, WSBA No. 7573<br>Sean C. Knowles, WSBA No. 39893<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206-359-8000<br>Facsimile: 206-359-9000<br>Email: rberenstain@perkinscoie.com<br>　　　　sknowles@perkinscoie.com |
| Nina Fields Britt (*Admitted Pro Hac Vice*)<br>James C. Bradley (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook & Brickman, LLC**<br>1037 Chuck Dawley Boulevard, Bldg. A<br>Mount Pleasant, SC 29465<br>Telephone: 843-727-6500<br>Facsimile: 843-216-6509<br>Email: nfields@rpwb.com<br>　　　　jbradley@rpwb.com<br>　　　　mnickles@rpwb.com | John D. Donovan (*Admitted Pro Hac Vice*)<br>Robert A. Skinner (*Admitted Pro Hac Vice*)<br>Amy D. Roy (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile: 617-951-7050<br>Email: John.Donovan@ropesgray.com<br>　　　　Robert.Skinner@ropesgray.com<br>　　　　Amy.Roy@ropesgray.com |

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:  843-727-3103
Email:  mbrickman@rpwb.com

*Attorneys for Plaintiff*

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:  212-596-9090
Email:  John.Ertman@ropesgray.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED this 6th day of April 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By:  s/ Michael D. Woerner
By:  s/ Tana Lin
By:  s/ Laura R. Gerber
By:  s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:  206-623-3384
Email: mwoerner@kellerrohrback.com
         tlin@kellerrohrback.com
         lgerber@kellerrohrback.com
         imensher@kellerrohrback.com

By:  s/ Ronald L. Berenstain
By:  s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000
Email:  rberenstain@perkinscoie.com
         sknowles@perkinscoie.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone: 843-727-6500
Facsimile: 843-216-6509
Email: nfields@rpwb.com
jbradley@rpwb.com
mnickles@rpwb.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone: 843-727-6520
Facsimile: 843-727-3103
Email: mbrickman@rpwb.com
*Attorneys for Plaintiff*

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
Ropes & Gray
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Email: John.Donovan@ropesgray.com
Robert.Skinner@ropesgray.com
Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Email: John.Ertman@ropesgray.com
*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*