THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC, <br><br> Defendants. | No. CV 14-1987-RSM <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES** |

Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

The operative scheduling order sets the date for filing the agreed Pretrial Order as May 18, 2018 and the trial date as June 18, 2018. Stipulation and Order Amending Order Setting Trial Date and Related Dates, ECF No. 124. Under the Local Rules of the Western District of Washington ("LCR"), the deadline for Plaintiff to serve his Pretrial Statement was April 18, 2018, which was 30 days prior to the deadline to file the agreed Pretrial Order. LCR 16(h). The deadline for Defendants to serve their Pretrial Statement was April 27, 2018. LCR 16(i). Plaintiff, through

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

inadvertence, did not serve his Pretrial Statement until April 30, 2018, just one business day after Defendants served their Pretrial Statement and notified Plaintiff of his oversight on April 27th. Plaintiff provided a Pretrial Statement and Draft Joint Pretrial Order in an attempt to alleviate some of the prejudice Defendants might claim. Nevertheless, Plaintiff acknowledges that his Pretrial Statement was inadvertently served twelve days after the deadline.

In light of the prejudice that Defendants would experience in meeting the current pretrial deadlines due to Plaintiff's delayed service of his Pretrial Statement, the parties agree that (1) there is good cause to continue the trial date, and corresponding pretrial deadlines, and (2) such a continuance will remedy the prejudice caused to Defendants by Plaintiff's delayed service of his Pretrial Statement. Plaintiff agrees that, should the Court determine that the trial date and corresponding pretrial deadlines should not be continued, Defendants have reserved their right to seek other remedies or sanctions under Fed. R. Civ. P. 37(c) and LCR 11(c) for plaintiff's failure to satisfy his pretrial obligations. *See* LCR 16(m)(1).

Based on the foregoing, the parties respectfully request that the trial be continued to a date at the Court's convenience after July 30, 2018; that the deadline for filing the agreed Pretrial Order be continued to 30 days before the new trial date; and that all other pretrial deadlines be modified accordingly.

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: this 4th day of May, 2018.

| | |
|---|---|
| By: *s/Michael D. Woerner* <br> By: *s/Tana Lin* <br> By: *s/Laura R. Gerber* <br> By: *s/Ian Mensher* <br> Michael D. Woerner, WSBA No. 15452 <br> Tana Lin, WSBA No. 35271 <br> Laura R. Gerber, WSBA No. 34981 <br> Ian Mensher, WSBA #39593 <br> **Keller Rohrback L.L.P.** <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Telephone: 206-623-1900 <br> Facsimile: 206-623-3384 <br> Email: mwoerner@kellerrohrback.com <br>  tlin@kellerrohrback.com <br>  lgerber@kellerrohrback.com <br>  imensher@kellerrohrback.com <br><br> Michael J. Brickman (*Admitted Pro Hac Vice*) <br> **Richardson, Patrick, Westbrook & Brickman, LLC** <br> 174 East Bay Street <br> Charleston, SC 29401 <br> Telephone: 843-727-6520 <br> Facsimile: 843-727-3103 <br> Email: mbrickman@rpwb.com <br><br> Nina Fields Britt (*Admitted Pro Hac Vice*) <br> James C. Bradley (*Admitted Pro Hac Vice*) <br> Matthew A. Nickles (*Admitted Pro Hac Vice*) <br> **Richardson, Patrick, Westbrook & Brickman, LLC** <br> 1037 Chuck Dawley Boulevard, Bldg. A <br> Mount Pleasant, SC 29465 <br> Telephone: 843-727-6500 <br> Facsimile: 843-216-6509 <br> Email: nfields@rpwb.com <br>  jbradley@rpwb.com <br>  mnickles@rpwb.com <br><br> *Attorneys for Plaintiff* | By: *s/Ronald L. Berenstain* <br> By: *s/Sean C. Knowles* <br> Ronald L. Berenstain, WSBA No. 7573 <br> Sean C. Knowles, WSBA No. 39893 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Telephone: 206-359-8000 <br> Facsimile: 206-359-9000 <br> Email: rberenstain@perkinscoie.com <br>  sknowles@perkinscoie.com <br><br> John D. Donovan (*Admitted Pro Hac Vice*) <br> Robert A. Skinner (*Admitted Pro Hac Vice*) <br> Amy D. Roy (*Admitted Pro Hac Vice*) <br> **Ropes & Gray** <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199-3600 <br> Telephone: 617-951-7000 <br> Facsimile: 617-951-7050 <br> Email: john.donovan@ropesgray.com <br>  robert.skinner@ropesgray.com <br>  amy.roy@ropesgray.com <br><br> John C. Ertman (*Admitted Pro Hac Vice*) <br> **Ropes & Gray** <br> 1211 Avenue of the Americas <br> New York, NY 10036-8704 <br> Telephone: 212-596-9000 <br> Facsimile: 212-596-9090 <br> Email: john.ertman@ropesgray.com <br><br> *Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC* |

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 3

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

Pursuant to stipulation by the parties, and for good cause shown, the trial date and pretrial deadlines in this action are modified as follows:

| Event in Order Setting Trial Date and Related Dates | Current Deadline | Revised Deadline |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 05/18/2018 | 9/11/2018 |
| Agreed pretrial order due | 05/18/2018 | 9/27/2018 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 06/01/2018 | 10/4/2018 |
| Trial date | 06/18/2018 | 10/9/2018 |

**IT IS SO ORDERED** this 7 day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/Michael D. Woerner*
By: *s/Tana Lin*
By: *s/Laura R. Gerber*
By: *s/Ian Mensher*
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384

By: *s/Ronald L. Berenstain*
By: *s/Sean C. Knowles*
Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
Email: rberenstain@perkinscoie.com
sknowles@perkinscoie.com

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 4

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Email: mwoerner@kellerrohrback.com
   tlin@kellerrohrback.com
   lgerber@kellerrohrback.com
   imensher@kellerrohrback.com

| | |
|---|---|
| Michael J. Brickman (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook &**<br>**Brickman, LLC**<br>174 East Bay Street<br>Charleston, SC 29401<br>Telephone: 843-727-6520<br>Facsimile: 843-727-3103<br>Email: mbrickman@rpwb.com<br><br>Nina Fields Britt (*Admitted Pro Hac Vice*)<br>James C. Bradley (*Admitted Pro Hac Vice*)<br>Matthew A. Nickles (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook &**<br>**Brickman, LLC**<br>1037 Chuck Dawley Boulevard, Bldg. A<br>Mount Pleasant, SC 29465<br>Telephone: 843-727-6500<br>Facsimile: 843-216-6509<br>Email: nfields@rpwb.com<br>   jbradley@rpwb.com<br>   mnickles@rpwb.com<br><br>*Attorneys for Plaintiff* | John D. Donovan (*Admitted Pro Hac Vice*)<br>Robert A. Skinner (*Admitted Pro Hac Vice*)<br>Amy D. Roy (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile: 617-951-7050<br>Email: john.donovan@ropesgray.com<br>   robert.skinner@ropesgray.com<br>   amy.roy@ropesgray.com<br><br>John C. Ertman (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212-596-9000<br>Facsimile: 212-596-9090<br>Email: john.ertman@ropesgray.com<br><br>*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC* |

STIPULATION AND ORDER
(No. CV 14-1987-RSM) – 5

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston St.
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue,
Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000