**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROBERT KENNY,<br><br>   Plaintiff,<br><br> vs.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>   Defendants. | No. CV 14-1987 RSM<br><br><br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DECLARATION OF ROBERT W. HELM |

   This matter came before the Court on Defendants' Motion for Leave to File Opposition to Plaintiff's Motion to Strike Declaration of Robert W. Helm ("Motion for Leave"). The Court has considered the pleadings and papers filed in connection with the Motion for Leave and all other matters properly before the Court.

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave is **GRANTED**.

DATED this 25th day of May 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Ronald L. Berenstain
 s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: rberenstain@perkinscoie.com
 sknowles@perkinscoie.com

John D. Donovan, Jr. (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Email: John.Donovan@ropesgray.com
 Robert.Skinner@ropesgray.com
 Amy.Roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Email: John.Ertman@ropesgray.com

Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC