# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>           Plaintiff,<br><br>   v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>           Defendants. | No. CV 14-1987 RSM<br><br>**STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)** |

**STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM)

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

In its July 6, 2018 Order on Motions to Seal (ECF No. 238) (the "Order"), the Court granted in part and denied in part the Motion to Seal filed by Defendants (ECF No. 235). The Court ordered that Plaintiff file new unsealed or redacted versions of certain documents identified in the Order no later than twenty-one days from the date of the Order, or by July 27, 2018.

As required by the Order, the parties held a meet-and-confer and worked cooperatively to prepare new unsealed and redacted versions of certain documents. The parties have recently re-engaged in confidential settlement negotiations that originated from a Court-ordered mediation held on May 4, 2018 before the Honorable Layn Philips. *See* Parties' Notice of Compliance with Mediation Order (ECF No. 214).

In the interest of continuing these meaningful confidential settlement negotiations, the parties respectfully request that the July 27, 2018 deadline, by which the Court ordered Plaintiff to file new unsealed or redacted versions of certain documents, be extended by one week to August 3, 2018.

The parties do not seek an extension or stay of any of the other deadlines or dates in this case.

//

//

**STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM) – 1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: this 26th day of July, 2018.

By: *s/ Michael D. Woerner*
By: *s/ Tana Lin*
By: *s/ Laura R. Gerber*
By: *s/ Ian Mensher*
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384
Email: mwoerner@kellerrohrback.com
tlin@kellerrohrback.com
lgerber@kellerrohrback.com
imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone: 843-727-6520
Facsimile: 843-727-3103
Email: mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone: 843-727-6500
Facsimile: 843-216-6509
Email: nfields@rpwb.com
jbradley@rpwb.com
mnickles@rpwb.com

*Attorneys for Plaintiff*

By: *s/ Ronald L. Berenstain*
By: *s/ Sean C. Knowles*
Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
Email: rberenstain@perkinscoie.com
sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Email: john.donovan@ropesgray.com
robert.skinner@ropesgray.com
amy.roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Email: john.ertman@ropesgray.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

**STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM) – 2

Ropes & Gray LLP
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

Pursuant to stipulation by the parties, and for good cause shown, the July 27, 2018 deadline, by which the Court ordered Plaintiff to file new unsealed or redacted versions of certain documents in its Order on Motions to Seal (Dkt. #238), is extended by one week to August 3, 2018.

Dated this 26th day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM) – 3

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: *s/ Michael D. Woerner*  
By: *s/ Tana Lin*  
By: *s/ Laura R. Gerber*  
By: *s / Ian Mensher*  
Michael D. Woerner, WSBA No. 15452  
Tana Lin, WSBA No. 35271  
Laura R. Gerber, WSBA No. 34981  
Ian Mensher, WSBA #39593  
**Keller Rohrback L.L.P.**  
1201 Third Avenue, Suite 3200  
Seattle, WA 98101  
Telephone: 206-623-1900  
Facsimile: 206-623-3384  
Email: mwoerner@kellerrohrback.com  
         tlin@kellerrohrback.com  
         lgerber@kellerrohrback.com  
         imensher@kellerrohrback.com  

Michael J. Brickman (*Admitted Pro Hac Vice*)  
**Richardson, Patrick, Westbrook & Brickman, LLC**  
174 East Bay Street  
Charleston, SC 29401  
Telephone: 843-727-6520  
Facsimile: 843-727-3103  
Email: mbrickman@rpwb.com  

Nina Fields Britt (*Admitted Pro Hac Vice*)  
James C. Bradley (*Admitted Pro Hac Vice*)  
Matthew A. Nickles (*Admitted Pro Hac Vice*)  
**Richardson, Patrick, Westbrook & Brickman, LLC**  
1037 Chuck Dawley Boulevard, Bldg. A  
Mount Pleasant, SC 29465  
Telephone: 843-727-6500  
Facsimile: 843-216-6509  
Email: nfields@rpwb.com  
         jbradley@rpwb.com  
         mnickles@rpwb.com  

*Attorneys for Plaintiff*

By: *s/ Ronald L. Berenstain*  
By: *s/ Sean C. Knowles*  
Ronald L. Berenstain, WSBA No. 7573  
Sean C. Knowles, WSBA No. 39893  
**Perkins Coie LLP**  
1201 Third Avenue, Suite 4900  
Seattle, WA 98101-3099  
Telephone: 206-359-8000  
Facsimile: 206-359-9000  
Email: rberenstain@perkinscoie.com  
         sknowles@perkinscoie.com  

John D. Donovan (*Admitted Pro Hac Vice*)  
Robert A. Skinner (*Admitted Pro Hac Vice*)  
Amy D. Roy (*Admitted Pro Hac Vice*)  
**Ropes & Gray**  
Prudential Tower  
800 Boylston Street  
Boston, MA 02199-3600  
Telephone: 617-951-7000  
Facsimile: 617-951-7050  
Email: john.donovan@ropesgray.com  
         robert.skinner@ropesgray.com  
         amy.roy@ropesgray.com  

John C. Ertman (*Admitted Pro Hac Vice*)  
**Ropes & Gray**  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: 212-596-9000  
Facsimile: 212-596-9090  
Email: john.ertman@ropesgray.com  

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

**STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**  
(No. CV 14-1987-RSM) – 4

**Ropes & Gray LLP**  
Prudential Tower,  
800 Boylston Street  
Boston, MA 02199-3600  
Phone: 617.951.7000  
Fax: 617.951.7050

**Perkins Coie LLP**  
1201 Third Avenue, Suite 4900  
Seattle, WA 98101-3099  
Phone: 206.359.8000  
Fax: 206.359.9000