UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>    Defendants. | No. CV 14-1987-RSM<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)** |

**SECOND STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM)

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

In its July 6, 2018 Order on Motions to Seal (Dkt. #238) (the "Order"), the Court granted in part and denied in part the Motion to Seal filed by Defendants (Dkt. #235). The Court ordered that Plaintiff file new unsealed or redacted versions of certain documents identified in the Order no later than twenty-one days from the date of the Order, or by July 27, 2018.

As required by the Order, the parties held a meet-and-confer and worked cooperatively to prepare new unsealed and redacted versions of certain documents. The parties have recently re-engaged in confidential settlement negotiations that originated from a Court-ordered mediation held on May 4, 2018 before the Honorable Layn Philips. *See* Parties' Notice of Compliance with Mediation Order (Dkt. #214).

On July 26, in the interest of continuing these meaningful settlement negotiations, the parties respectfully requested that the July 27, 2018 deadline, by which the Court originally ordered Plaintiff to file new unsealed or redacted versions of certain documents, be extended by one week to August 3, 2018. *See* Stipulation and Order to Extend Time by Which Plaintiff is Required to File Certain Unsealed or Redacted Documents Per Order on Motions to Seal (Dkt. #238) (Dkt. #240). That same day, the Court granted the parties' request and extended the deadline to August 3, 2018. *Id*.

Since July 26, the parties have remained actively engaged in meaningful settlement discussions. In the interest of continuing these negotiations, the parties respectfully request that

**SECOND STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM) – 1

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

the August 3, 2018 deadline, by which the Court most recently ordered Plaintiff to file new unsealed or redacted versions of certain documents, be extended by one week to August 10, 2018.

Once again, the parties do not seek an extension or stay of any of the other deadlines or dates in this case.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**SECOND STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM) – 2

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: this 2nd day of August, 2018.

| | |
|---|---|
| By: /s/ Michael D. Woerner <br> By: /s/ Tana Lin <br> By: /s/ Laura R. Gerber <br> By: /s/ Ian Mensher <br> Michael D. Woerner, WSBA No. 15452 <br> Tana Lin, WSBA No. 35271 <br> Laura R. Gerber, WSBA No. 34981 <br> Ian Mensher, WSBA #39593 <br> **Keller Rohrback L.L.P.** <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Telephone: 206-623-1900 <br> Facsimile: 206-623-3384 <br> Email: mwoerner@kellerrohrback.com <br>    tlin@kellerrohrback.com <br>    lgerber@kellerrohrback.com <br>    imensher@kellerrohrback.com <br><br> Michael J. Brickman (*Admitted Pro Hac Vice*) <br> **Richardson, Patrick, Westbrook & Brickman, LLC** <br> 174 East Bay Street <br> Charleston, SC 29401 <br> Telephone: 843-727-6520 <br> Facsimile: 843-727-3103 <br> Email: mbrickman@rpwb.com <br><br> Nina Fields Britt (*Admitted Pro Hac Vice*) <br> James C. Bradley (*Admitted Pro Hac Vice*) <br> Matthew A. Nickles (*Admitted Pro Hac Vice*) <br> **Richardson, Patrick, Westbrook & Brickman, LLC** <br> 1037 Chuck Dawley Boulevard, Bldg. A <br> Mount Pleasant, SC 29465 <br> Telephone: 843-727-6500 <br> Facsimile: 843-216-6509 <br> Email: nfields@rpwb.com <br>    jbradley@rpwb.com <br>    mnickles@rpwb.com <br><br> *Attorneys for Plaintiff* | By: /s/ Ronald L. Berenstain <br> By: /s/ Sean C. Knowles <br> Ronald L. Berenstain, WSBA No. 7573 <br> Sean C. Knowles, WSBA No. 39893 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Telephone: 206-359-8000 <br> Facsimile: 206-359-9000 <br> Email: rberenstain@perkinscoie.com <br>    sknowles@perkinscoie.com <br><br> John D. Donovan (*Admitted Pro Hac Vice*) <br> Robert A. Skinner (*Admitted Pro Hac Vice*) <br> Amy D. Roy (*Admitted Pro Hac Vice*) <br> **Ropes & Gray** <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199-3600 <br> Telephone: 617-951-7000 <br> Facsimile: 617-951-7050 <br> Email: john.donovan@ropesgray.com <br>    robert.skinner@ropesgray.com <br>    amy.roy@ropesgray.com <br><br> John C. Ertman (*Admitted Pro Hac Vice*) <br> **Ropes & Gray** <br> 1211 Avenue of the Americas <br> New York, NY 10036-8704 <br> Telephone: 212-596-9000 <br> Facsimile: 212-596-9090 <br> Email: john.ertman@ropesgray.com <br><br> *Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC* |

**SECOND STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM) – 3

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Pursuant to stipulation by the parties, and for good cause shown, the August 3, 2018 deadline, by which the Court most recently ordered Plaintiff to file new unsealed or redacted versions of certain documents in the Stipulation and Order to Extend Time by Which Plaintiff is Required to File Certain Unsealed or Redacted Documents Per Order on Motions to Seal (Dkt. #238) (Dkt. #240), is extended by one week to August 10, 2018.

**IT IS SO ORDERED** this 2nd day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**SECOND STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**
(No. CV 14-1987-RSM) – 4

**Ropes & Gray LLP**
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
Phone: 617.951.7000
Fax: 617.951.7050

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: /s/ Michael D. Woerner  
By: /s/ Tana Lin  
By: /s/ Laura R. Gerber  
By: /s/ Ian Mensher  
Michael D. Woerner, WSBA No. 15452  
Tana Lin, WSBA No. 35271  
Laura R. Gerber, WSBA No. 34981  
Ian Mensher, WSBA #39593  
**Keller Rohrback L.L.P.**  
1201 Third Avenue, Suite 3200  
Seattle, WA 98101  
Telephone: 206-623-1900  
Facsimile: 206-623-3384  
Email: mwoerner@kellerrohrback.com  
   tlin@kellerrohrback.com  
   lgerber@kellerrohrback.com  
   imensher@kellerrohrback.com  

Michael J. Brickman (*Admitted Pro Hac Vice*)  
**Richardson, Patrick, Westbrook & Brickman, LLC**  
174 East Bay Street  
Charleston, SC 29401  
Telephone: 843-727-6520  
Facsimile: 843-727-3103  
Email: mbrickman@rpwb.com  

Nina Fields Britt (*Admitted Pro Hac Vice*)  
James C. Bradley (*Admitted Pro Hac Vice*)  
Matthew A. Nickles (*Admitted Pro Hac Vice*)  
**Richardson, Patrick, Westbrook & Brickman, LLC**  
1037 Chuck Dawley Boulevard, Bldg. A  
Mount Pleasant, SC 29465  
Telephone: 843-727-6500  
Facsimile: 843-216-6509  
Email: nfields@rpwb.com  
   jbradley@rpwb.com  
   mnickles@rpwb.com  

*Attorneys for Plaintiff*

By: /s/ Ronald L. Berenstain  
By: /s/ Sean C. Knowles  
Ronald L. Berenstain, WSBA No. 7573  
Sean C. Knowles, WSBA No. 39893  
**Perkins Coie LLP**  
1201 Third Avenue, Suite 4900  
Seattle, WA 98101-3099  
Telephone: 206-359-8000  
Facsimile: 206-359-9000  
Email: rberenstain@perkinscoie.com  
   sknowles@perkinscoie.com  

John D. Donovan (*Admitted Pro Hac Vice*)  
Robert A. Skinner (*Admitted Pro Hac Vice*)  
Amy D. Roy (*Admitted Pro Hac Vice*)  
**Ropes & Gray**  
Prudential Tower  
800 Boylston Street  
Boston, MA 02199-3600  
Telephone: 617-951-7000  
Facsimile: 617-951-7050  
Email: john.donovan@ropesgray.com  
   robert.skinner@ropesgray.com  
   amy.roy@ropesgray.com  

John C. Ertman (*Admitted Pro Hac Vice*)  
**Ropes & Gray**  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: 212-596-9000  
Facsimile: 212-596-9090  
Email: john.ertman@ropesgray.com  

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

**SECOND STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF IS REQUIRED TO FILE CERTAIN UNSEALED OR REDACTED DOCUMENTS PER ORDER ON MOTIONS TO SEAL (DKT. 238)**  
(No. CV 14-1987-RSM) – 5

**Ropes & Gray LLP**  
Prudential Tower,  
800 Boylston Street  
Boston, MA 02199-3600  
Phone: 617.951.7000  
Fax: 617.951.7050  

**Perkins Coie LLP**  
1201 Third Avenue, Suite 4900  
Seattle, WA 98101-3099  
Phone: 206.359.8000  
Fax: 206.359.9000