The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>               Plaintiff,<br><br>     v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>               Defendant. | No. 2:15-cv-02037-RSM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF ALL PENDING MOTIONS** |

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

The parties hereby withdraw from the Court's consideration their pending cross-motions for summary judgment and all briefing, declarations, exhibits, and supporting materials offered in support thereof.  For the avoidance of doubt, pursuant to LCR 5(g)(6), in light of their withdrawal, the parties request that material currently filed under seal remain sealed.  The docket entries withdrawn from consideration are ECF Nos. 151, 152, 153, 154, 155, 156, 157, 160, 161, 162, 163, 165, 169, 177, 178, 179, 180, 181, 185, 187, 188, 189, 192, 193, 194, 195, 196, 198, 199, 202, 203, 204, 205, 207, 208, 211, and 231.

The parties further stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action should be, and hereby is, dismissed with prejudice and without costs awarded by the Court to any party.

Although the parties agree that this stipulation of dismissal is effective "without a court order," Fed. R. Civ. P. 41(a)(1)(A), a proposed Order is enclosed in light of the parties' withdrawal of their cross-motions for summary judgment.

/
//
//
//
//
//
//
//
//
//

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM) – 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

DATED this 8th day of August, 2018.

| | |
|---|---|
| By: s/ Michael D. Woerner<br>By: s/ Tana Lin<br>By: s/ Laura R. Gerber<br>By: s/ Ian Mensher<br>Michael D. Woerner, WSBA No. 15452<br>Tana Lin, WSBA No. 35271<br>Laura R. Gerber, WSBA No. 34981<br>Ian Mensher, WSBA #39593<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101<br>Telephone:  206-623-1900<br>Facsimile:  206-623-3384<br>Email: mwoerner@kellerrohrback.com<br>         tlin@kellerrohrback.com<br>         lgerber@kellerrohrback.com<br>         imensher@kellerrohrback.com | By: s/ Ronald L. Berenstain<br>By: s/ Sean C. Knowles<br>Ronald L. Berenstain, WSBA No. 7573<br>David F. Taylor, WSBA No. 25689<br>Sean C. Knowles, WSBA No. 39893<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone:  206-359-8000<br>Facsimile:  206-359-9000<br>Email: rberenstain@perkinscoie.com<br>         sknowles@perkinscoie.com |
| Michael J. Brickman (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook & Brickman, LLC**<br>174 East Bay Street<br>Charleston, SC 29401<br>Telephone:  843-727-6520<br>Facsimile:  843-727-3103<br>Email:  mbrickman@rpwb.com<br><br>Nina Fields Britt (*Admitted Pro Hac Vice*)<br>James C. Bradley (*Admitted Pro Hac Vice*)<br>Matthew A. Nickles (*Admitted Pro Hac Vice*)<br>**Richardson, Patrick, Westbrook & Brickman, LLC**<br>1037 Chuck Dawley Boulevard, Bldg. A<br>Mount Pleasant, SC 29465<br>Telephone:  843-727-6500<br>Facsimile:  843-216-6509<br>Email:  nfields@rpwb.com<br>         jbradley@rpwb.com<br>         mnickles@rpwb.com<br><br>*Attorneys for Plaintiff* | John D. Donovan (*Admitted Pro Hac Vice*)<br>Robert A. Skinner (*Admitted Pro Hac Vice*)<br>Amy D. Roy (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile: 617-951-7050<br>Email: john.donovan@ropesgray.com<br>         robert.skinner@ropesgray.com<br>         amy.roy@ropesgray.com<br><br>John C. Ertman (*Admitted Pro Hac Vice*)<br>**Ropes & Gray**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  212-596-9000<br>Facsimile:  212-596-9090<br>Email:  john.ertman@ropesgray.com<br><br>*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC* |

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS<br>(No. CV 14-1987-RSM) – 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

# [PROPOSED] ORDER

Pursuant to stipulation by the parties, and for good cause shown:

1. The parties' pending cross-motions for summary judgment and all briefing, declarations, exhibits, and supporting materials offered in support thereof are hereby **WITHDRAWN** from consideration, including ECF Nos. 151, 152, 153, 154, 155, 156, 157, 160, 161, 162, 163, 165, 169, 177, 178, 179, 180, 181, 185, 187, 188, 189, 192, 193, 194, 195, 196, 198, 199, 202, 203, 204, 205, 207, 208, 211, and 231.

2. Any material referenced in paragraph (1) that was filed under seal shall **REMAIN SEALED** and shall not be unsealed.

3. The case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED** this ____ day of ____ 2018.

_____
Hon. Ricardo S. Martinez
United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM) − 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

Presented by:

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206-623-1900
Facsimile:   206-623-3384
Email: mwoerner@kellerrohrback.com
          tlin@kellerrohrback.com
          lgerber@kellerrohrback.com
          imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone:  843-727-6520
Facsimile:   843-727-3103
Email:  mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone:  843-727-6500
Facsimile:   843-216-6509
Email:  nfields@rpwb.com
          jbradley@rpwb.com
          mnickles@rpwb.com

*Attorneys for Plaintiff*

By: s/ Ronald L. Berenstain
By: s/ Sean C. Knowles
   Ronald L. Berenstain, WSBA No. 7573
   David F. Taylor, WSBA No. 25689
   Sean C. Knowles, WSBA No. 39893
   Perkins Coie LLP
   1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
   Telephone:  206-359-8000
   Facsimile:   206-359-9000
   Email: rberenstain@perkinscoie.com
             sknowles@perkinscoie.com

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617-951-7000
Facsimile:   617-951-7050
Email: john.donovan@ropesgray.com
          robert.skinner@ropesgray.com
          amy.roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212-596-9000
Facsimile:   212-596-9090
Email:  john.ertman@ropesgray.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM) – 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

                                          s/ Tana Lin
                                          Tana Lin, WSBA #35271

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM) – 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183