UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT KENNY,<br><br>        Plaintiff,<br><br> v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, a Delaware limited liability company; PIMCO INVESTMENTS LLC,<br><br>        Defendant. | No. C14-1987 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF ALL PENDING MOTIONS** |

  Plaintiff Robert Kenny ("Plaintiff") and Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

  The parties hereby withdraw from the Court's consideration their pending cross-motions for summary judgment and all briefing, declarations, exhibits, and supporting materials offered in support thereof. For the avoidance of doubt, pursuant to LCR 5(g)(6), in light of their withdrawal, the parties request that material currently filed under seal remain sealed. The docket entries withdrawn from consideration are ECF Nos. 151, 152, 153, 154, 155, 156, 157, 160, 161, 162,

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE AND
WITHDRAWAL OF PENDING
MOTIONS
(No. CV 14-1987-RSM) – 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

163, 165, 169, 177, 178, 179, 180, 181, 185, 187, 188, 189, 192, 193, 194, 195, 196, 198, 199, 202, 203, 204, 205, 207, 208, 211, and 231.

The parties further stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action should be, and hereby is, dismissed with prejudice and without costs awarded by the Court to any party.

Although the parties agree that this stipulation of dismissal is effective "without a court order," Fed. R. Civ. P. 41(a)(1)(A), a proposed Order is enclosed in light of the parties' withdrawal of their cross-motions for summary judgment.

DATED this 8th day of August, 2018.

By: s/ Michael D. Woerner
By: s/ Tana Lin
By: s/ Laura R. Gerber
By: s/ Ian Mensher
Michael D. Woerner, WSBA No. 15452
Tana Lin, WSBA No. 35271
Laura R. Gerber, WSBA No. 34981
Ian Mensher, WSBA #39593
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384
Email: mwoerner@kellerrohrback.com
tlin@kellerrohrback.com
lgerber@kellerrohrback.com
imensher@kellerrohrback.com

Michael J. Brickman (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
174 East Bay Street
Charleston, SC 29401
Telephone: 843-727-6520

By: s/ Ronald L. Berenstain
By: s/ Sean C. Knowles
Ronald L. Berenstain, WSBA No. 7573
David F. Taylor, WSBA No. 25689
Sean C. Knowles, WSBA No. 39893
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
Email: rberenstain@perkinscoie.com
sknowles@perkinscoie.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM) – 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

Facsimile: 843-727-3103
Email: mbrickman@rpwb.com

Nina Fields Britt (*Admitted Pro Hac Vice*)
James C. Bradley (*Admitted Pro Hac Vice*)
Matthew A. Nickles (*Admitted Pro Hac Vice*)
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC 29465
Telephone: 843-727-6500
Facsimile: 843-216-6509
Email: nfields@rpwb.com
       jbradley@rpwb.com
       mnickles@rpwb.com

*Attorneys for Plaintiff*

John D. Donovan (*Admitted Pro Hac Vice*)
Robert A. Skinner (*Admitted Pro Hac Vice*)
Amy D. Roy (*Admitted Pro Hac Vice*)
**Ropes & Gray**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Email: john.donovan@ropesgray.com
       robert.skinner@ropesgray.com
       amy.roy@ropesgray.com

John C. Ertman (*Admitted Pro Hac Vice*)
**Ropes & Gray**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Email: john.ertman@ropesgray.com

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

**ORDER**

Pursuant to stipulation by the parties, and for good cause shown:

1. The parties' pending cross-motions for summary judgment and all briefing, declarations, exhibits, and supporting materials offered in support thereof are hereby **WITHDRAWN** from consideration, including ECF Nos. 151, 152, 153, 154, 155, 156, 157, 160, 161, 162, 163, 165, 169, 177, 178, 179, 180, 181, 185, 187, 188, 189, 192, 193, 194, 195, 196,

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM) – 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

198, 199, 202, 203, 204, 205, 207, 208, 211, and 231.

2. Any material referenced in paragraph (1) that was filed under seal shall **REMAIN SEALED** and shall not be unsealed.

3. The case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED** this 12th day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| By: s/ Michael D. Woerner | By: s/ Ronald L. Berenstain |
| By: s/ Tana Lin | By: s/ Sean C. Knowles |
| By: s/ Laura R. Gerber | Ronald L. Berenstain, WSBA No. 7573 |
| By: s/ Ian Mensher | David F. Taylor, WSBA No. 25689 |
| Michael D. Woerner, WSBA No. 15452 | Sean C. Knowles, WSBA No. 39893 |
| Tana Lin, WSBA No. 35271 | Perkins Coie LLP |
| Laura R. Gerber, WSBA No. 34981 | 1201 Third Avenue, Suite 4900 |
| Ian Mensher, WSBA #39593 | Seattle, WA 98101-3099 |
| **Keller Rohrback L.L.P.** | Telephone: 206-359-8000 |
| 1201 Third Avenue, Suite 3200 | Facsimile: 206-359-9000 |
| Seattle, WA 98101 | Email: rberenstain@perkinscoie.com |
| Telephone: 206-623-1900 | sknowles@perkinscoie.com |
| Facsimile: 206-623-3384 | |
| Email: mwoerner@kellerrohrback.com | |
| tlin@kellerrohrback.com | |
| lgerber@kellerrohrback.com | |
| imensher@kellerrohrback.com | |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM) − 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183

1  Michael J. Brickman (*Admitted Pro Hac Vice*)
   **Richardson, Patrick, Westbrook & Brickman, LLC**
   174 East Bay Street
   Charleston, SC 29401
   Telephone:  843-727-6520
   Facsimile:  843-727-3103
   Email:  mbrickman@rpwb.com

   Nina Fields Britt (*Admitted Pro Hac Vice*)
   James C. Bradley (*Admitted Pro Hac Vice*)
   Matthew A. Nickles (*Admitted Pro Hac Vice*)
   **Richardson, Patrick, Westbrook & Brickman, LLC**
   1037 Chuck Dawley Boulevard, Bldg. A
   Mount Pleasant, SC 29465
   Telephone:  843-727-6500
   Facsimile:   843-216-6509
   Email:  nfields@rpwb.com
           jbradley@rpwb.com
           mnickles@rpwb.com

   *Attorneys for Plaintiff*

   John D. Donovan (*Admitted Pro Hac Vice*)
   Robert A. Skinner (*Admitted Pro Hac Vice*)
   Amy D. Roy (*Admitted Pro Hac Vice*)
   **Ropes & Gray**
   Prudential Tower
   800 Boylston Street
   Boston, MA 02199-3600
   Telephone:  617-951-7000
   Facsimile:  617-951-7050
   Email: john.donovan@ropesgray.com
          robert.skinner@ropesgray.com
          amy.roy@ropesgray.com

   John C. Ertman (*Admitted Pro Hac Vice*)
   **Ropes & Gray**
   1211 Avenue of the Americas
   New York, NY 10036-8704
   Telephone:  212-596-9000
   Facsimile:   212-596-9090
   Email:  john.ertman@ropesgray.com

   *Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF PENDING MOTIONS
(No. CV 14-1987-RSM) – 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC**
1017 Chuck Dawley Blvd.
Mount Pleasant, South Carolina 29464
TELEPHONE: (843) 727-6500
FACSIMILE: (843) 881-6183